# EXHIBIT A

**Date & Time Performed:** Fri Oct 27 2017 07:23:33 AM PST
**Search Title:** 999999.999999: 15-2-13622-4 - WA Superior King County

**Client/Matter Number (XXXXXX.XXXXXX):** 999999.999999
**Search Type:** Case Number
**Case Type:** Civil

# COURTTRAX

## WA - King County Superior Court
### Case #15-2-13622-4

---

| SUMMARY | | |
|---|---|---|
| **Records Located:** Kent | | **Title:** TOYOTA MOTOR CREDIT CORP VS IBANEZ ET ANO |
| **Filed:** 06 05 2015 | | **Judge Id:** 52 |
| **Cause of Action:** COLLECTION | | **Judgment:** YES |
| **Resolution:** DEFAULT JUDGMENT | | **Resolution Date:** 06 08 2015 |
| **Completion:** JUDGMENT/ORDER/DECREE FILED | | **Completion Date:** 06 08 2015 |
| **Case Status:** COMPLETED/RE-COMPLETED | | **Status Date:** 06 08 2015 |
| **Court:** KING COUNTY SUPERIOR COURT | | |

---

| NAMES | **Total participants:** 4 | | |
|---|---|---|---|
| | **TOYOTA MOTOR CREDIT CORP** | **Relation to Case:** | Plaintiff (PLA01) |
| | **IBANEZ, MEL A** | **Relation to Case:** | Defendant (DEF01) |
| | **DACUMOS, CARENROSE** | **Relation to Case:** | Defendant (DEF02) |
| | | **Litigants:** | DSM |
| | | **Arraign Date:** | 06 29 2016 |
| | **CHEUNG, MATTHEW** | **Relation to Case:** | Attorney for Plaintiff/Petitioner (ATP01) |
| | | **Represented Parties:** | TOYOTA MOTOR CREDIT CORP (PLA01) |
| | | **Bar#:** | **43067** |

---

| ATTORNEYS | **MATTHEW CHEUNG** | **Address:** | Patenaude & Felix, A.P.C. |
|---|---|---|---|
| | | | 19401 40th Ave W Ste 280 |
| | | | Lynnwood, WA 98036-5600 |
| | | | United States |
| | | **Firm:** | Patenaude & Felix, A.P.C. |
| | | **Bar #:** | 43067 |
| | | **Phone:** | (800) 832-7675 |
| | | **Email:** | Matthew.Cheung@pandf.us |
| | | **Data source:** | Washington State BAR Association |

---

| JUDGMENTS | Judgment# | Type | Title | Date Filed | Status Code | Status Date | Case # |
|---|---|---|---|---|---|---|---|
| | 15-9-09824-7 | GEN | TOYOTA MOTOR CREDIT CORP VS IBANEZ ET ANO - $14,204.18 | 06/08/2015 | | | 15-2-13622-4 |

---

| SCHEDULE | **Begin Date:** 06/09/2015    **End Date:** 06/09/2015    **Track:** TRACK CN CIVIL TRACK - NORMAL | | |
|---|---|---|---|
| | **Imposed** | **Event** | **Due**    **Completed** |
| | 06/09/2015 | AFFIDAVIT / CONFIRMATION OF SERVICE | 07/06/2015    N/A |
| | 06/09/2015 | DEADLINE TO FILE STMT ARBITRABILITY | 11/13/2015    N/A |
| | 06/09/2015 | CONFIRMATION OF JOINDER | 11/13/2015    N/A |
| | 06/09/2015 | DEADLINE TO TRANSFER CT PROCEEDINGS | 11/30/2015    N/A |
| | 06/09/2015 | STATUS CONFERENCE | 11/30/2015    N/A |
| | 06/09/2015 | DISCLOSURE POSS PRIMARY WITNESSES | 01/04/2016    N/A |
| | 06/09/2015 | JOINT STATUS REPORT |    N/A |
| | 06/09/2015 | DISCLOSURE POSS REBUTTAL WITNESSES | 02/16/2016    N/A |
| | 06/09/2015 | DEADLINE TO FILE JURY DEMAND | 02/29/2016    N/A |
| | 06/09/2015 | FINAL DATE TO CHANGE TRIAL | 02/29/2016    N/A |
| | 06/09/2015 | DISCOVERY CUTOFF | 04/18/2016    N/A |
| | 06/09/2015 | EXCHANGE WITNESS/EXHIBIT LISTS | 05/16/2016    N/A |
| | 06/09/2015 | DISPOSITIVE PRETRIAL MOTIONS | 05/23/2016    N/A |
| | 06/09/2015 | DEADLINE TO COMPLY WITH ADR |    N/A |
| | 06/09/2015 | JOINT STATEMENT OF EVIDENCE | 05/31/2016    N/A |
| | 06/09/2015 | SCHEDULED TRIAL DATE | 06/06/2016    N/A |
| | **Begin Date:** 06/10/2015    **Track:** TRACK DISP DISPOSED | | |
| | **Imposed** | **Event** | **Due**    **Completed** |
| | 06/10/2015* | DISPOSED | |

---

| DOCKET & DOCUMENTS | **Docket** | | | |
|---|---|---|---|---|
| | **Item #** | **Date** | **Court Code** | **Description/Name**      **Secondary Info** |
| | 1 | 06-05-2015 | COMPLAINT | Complaint |
| | 2 | 06-05-2015 | SET CASE SCHEDULE | Set Case Schedule      06-06-2016ST |

| | | JDG0052 | Judge Bruce Heller, Dept 52 | |
|---|---|---|---|---|
| 3 | 06-05-2015 | CASE INFORMATION COVER SHEET LOCK | Case Information Cover Sheet Original Location - Kent | |
| 4 | 06-05-2015 | SUMMONS | Summons | |
| 5 | 06-08-2015 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 6 | 06-08-2015 | COST BILL | Cost Bill - $337.50 | |
| 7 | 06-08-2015 | MOTION FOR DEFAULT JUDGMENT | Motion For Default Judgment /pla Sealed Per Sub 17 | |
| 8 | 06-08-2015 | DEFAULT JUDGMENT EXP0006 | Default Judgment Ex-parte, Dept. Kent - Clerk | |
| 9 | 06-10-2015 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 10 | 06-10-2015 | AFFIDAV/DECL RE: SVC MBR CIV RELIEF | Affidav/decl Re: Svc Mbr Civ Relief | |
| 11 | 07-07-2015 | MOTION | Mtn To Vacate Ord Of Default/pla | |
| 12 | 07-07-2015 | ORDER VACATING JUDGMENT | Ord Vacating Judgment Vs Carenrose | |
| 13 | 07-30-2015 | MOTION | Motion /pla | |
| 14 | 07-31-2015 | ORDER DENYING MOTION/PETITION EXP0007 | Order Denying Motion/petition Ex-parte, Dept. Seattle - Clerk | |
| 15 | 08-04-2015 | ORDER DENYING MOTION/PETITION | Order Denying Motion/petition | |
| 16 | 08-05-2015 | NOTE FOR MOTION DOCKET-LATE FILING | Note For Motion Docket-late Filing | 08-07-2015 |
| 17 | 08-13-2015 | ORDER SEALING DOCUMENT | Order Sealing Document (7) Mtn For Default Judgment Dtd 6-8-15 | |
| 18 | 08-13-2015 | MOTION FOR DEFAULT JUDGMENT | Motion For Default Judgment/pla /redacted | |
| 19 | 04-25-2016 | REPLY | Reply /toyota | |
| 20 | 06-28-2016 | MOTION TO DISMISS | Motion To Dismiss /pla | |
| 21 | 06-29-2016 | ORDER DISMISSING LITIGANT EXP0007 | Order Dismissing Dacumos Ex-parte, Dept. Seattle - Clerk | |

NOTE: "The Washington State Administrative Office of the Courts and the Washington State courts do not warrant that the information is accurate or correct and deny liability for any damages resulting from the release or use of the data. In order to assure or verify the accuracy of the information or data received, the customer should personally consult the 'official' record reposing at the court of record."

**End of Report**

Copyright 2016 CourtTrax Corporation - info@courttrax.com

# EXHIBIT B

FILED

15 JUN 05 PM 1:08

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

IN THE SUPERIOR COURT OF STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | No. |
| Plaintiff, | **COMPLAINT FOR MONIES DUE** |
| vs. | |
| MEL ANTHONY IBANEZ and CARENROSE DACUMOS, | |
| Defendants. | |

The plaintiff alleges as follow:

1.  The plaintiff TOYOTA MOTOR CREDIT CORPORATION is duly authorized to bring this action in the State of Washington.

2.  The defendant is believed to be a married individual and as such incurred the below-referenced separate and community obligation.

3.  The defendant is a resident of King County, Washington.

4.  The defendant entered into an agreement with the plaintiff.

5.  At all times relevant to this action, the defendant has been the obligor of an account bearing the number XXXXXXXXXXXXX0001.

6.  As a result of the terms of the agreement, the defendant agreed by use of said account (1) to assume responsibility for all credit extended on the basis of said account, and (2) to make regular monthly payments.

/ / /

COMPLAINT FOR MONIES DUE
P&F FILE# 14-50111
WA_83 Complaint

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662 Toll Free: (800) 832-7675

7.     The defendant failed to make payments due under the agreement, and the defendant is now in default under the terms and conditions of the agreement.

8.     After application of all just credits there is owing the sum of $13,593.35, plus interest at 6.99% per annum on the unpaid balance. Additionally, expense adjustments and other charges may be due after the date of this complaint.

9.     The plaintiff's attorney are debt collectors. This is an attempt to collect a debt and any information obtained will be used for that purpose.

WHEREFORE, the plaintiff prays for judgment against the defendant as follows:

1.     For the principal sum of $13,593.35, plus interest at the rate of 6.99% per annum from April 26, 2014.

2.     Its costs and disbursements incurred in this action.

3.     For Post Judgment interest to run at the rate of 12% per annum from the date of judgment.

4.     Such other further and equitable relief as the Court finds just and proper.

DATED: March 11, 2015

PATENAUDE & FELIX, A.P.C.

MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036
Tel: (425) 361-1662

-2-

COMPLAINT FOR MONIES DUE
P&F FILE# 14-50111
WA_83 Complaint

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

# EXHIBIT C

FILED

15 JUN 05 PM 1:08

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION <br><br> Plaintiff(s), <br><br> vs. <br><br> Mel Anthony Ibanez and Carenrose Dacumos <br><br> Respondent(s) | NO.    15-2-13622-4 KNT <br> ORDER SETTING CIVIL CASE SCHEDULE <br><br> ASSIGNED JUDGE:  Heller, Bruce, Dept. 52 <br><br> FILED DATE:  6/5/2015 <br> TRIAL DATE:  6/6/2016 <br> SCOMIS CODE:  *ORSCS |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I.  NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule** (*Schedule*) on the Defendant(s) along with the *Summons and Complaint/Petition*. Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the *Summons and Complaint/Petition* or (2) service of the Defendant's first response to the *Complaint/Petition*, whether that response is a *Notice of Appearance*, a response, or a Civil Rule 12 (CR 12) motion. The *Schedule* may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**"I understand that I am required to give a copy of these documents to all parties in this case."**

_____|_____

PRINT NAME                                       SIGN NAME

## I. NOTICES (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date,** the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| √ | CASE EVENTS | DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 6/5/2015 |
| √ | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR2.1(a) and Notices on page 2]. **$220 Arbitration fee must be paid** | 11/13/2015 |
| √ | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on page 2] | 11/13/2015 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)] | 11/30/2015 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(b)] | 1/4/2016 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [KCLCR 26(b)] | 2/16/2016 |
| | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)] | 2/29/2016 |
| | **DEADLINE** for Change in Trial Date [See KCLCR 40(e)(2)] | 2/29/2016 |
| | **DEADLINE** for Discovery Cutoff [See KCKCR 37(g)] | 4/18/2016 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR16(b)] | 5/9/2016 |
| | **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | 5/16/2016 |
| √ | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | 5/16/2016 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56;CR56] | 5/23/2016 |
| √ | Joint Statement of Evidence [See KCLCR 4(k)] | 5/31/2016 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | 5/31/2016 |
| | Trial Date [See KCLCR 40] | 6/6/2016 |

The √ indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:    6/5/2015                          _____
                                              PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx .

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**
**A. Joint Confirmation regarding Trial Readiness Report:**
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g. interpreters, equipment, etc.).

**The form is** available at http://www.kingcounty.gov/courts/superiorcourt.aspx . If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding said report.

**B. Settlement/Mediation/ADR**
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

**C. Trial:** Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the King County Superior Court website http://www.kingcounty.gov/courts/superiorcourt.aspx to confirm trial judge assignment. Information can also be obtained by calling (206) 205-5984.

**MOTIONS PROCEDURES**
**A. Noting of Motions**
**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will be allowed only upon entry of an Order Shortening Time. However, emergency discovery disputes may be addressed by telephone call and without written motion, if the judge approves.

**B. Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the new requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. On June 1, 2009 you will be able to submit working copies through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk.

**Service of documents:** E-filed documents may be electronically served on parties who opt in to E-Service within the E-Filing application. The filer must still serve any others who are entitled to service but who have not opted in. E-Service generates a record of service document that can be e-filed. Please see information on the Clerk's office website at www.kingcounty.gov/courts/clerk regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. Do not file the original of the proposed order with the Clerk of the Court. Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.

**Presentation of Orders:** All orders, agreed or otherwise, must be presented to the assigned judge. If that judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the assigned judge or in the Ex Parte Department.** Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Memoranda/briefs for matters heard by the assigned judge may not exceed twenty four (24) pages for dispositive motions and twelve (12) pages for non-dispositive motions, unless the assigned judge permits over-length memoranda/briefs in advance of filing. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
**PRESIDING JUDGE**

# EXHIBIT D

FILED

15 JUN 05 PM 1:08

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORAT | NO. 15-2-13622-4 KNT |
| VS | |
| Mel Anthony Ibanez and Carenrose Dac | CASE INFORMATION COVER SHEET AND AREA DESIGNATION |

CAUSE OF ACTION

**(COL) -**    THIRD PARTY COLLECTION (COL 2)

AREA DESIGNATION

**KENT -**    Defined as all King County south of Interstate 90 except those
areas included in the Seattle Case Assignment Area.

# EXHIBIT E

FILED

15 JUN 05 PM 1:08

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

IN THE SUPERIOR COURT OF STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>MEL ANTHONY IBANEZ and CARENROSE DACUMOS,<br><br>Defendants. | No.<br><br>**SUMMONS** |

To The Defendant(s):

A lawsuit has been started against you in the above-entitled Court by TOYOTA MOTOR CREDIT CORPORATION, the plaintiff.

The plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the plaintiff within 20 days after the service of this Summons, excluding the day of service, or within 60 days after service of this Summons, excluding the day of service, if you are served outside the State of Washington, or a Default Judgment may be entered against you without notice.

/ / /

-1-

SUMMONS
P&F FILE# 14-50111
WA  80 Summons

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

A Default Judgment is where the plaintiff is entitled to what it asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a Default Judgment may be entered.

You may demand that the plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the plaintiff. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED: March 11, 2015, at Lynnwood, WA

PATENAUDE & FELIX, A.P.C.

MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036
Tel: (425) 361-1662

-2-

SUMMONS
P&F FILE# 14-50111
WA_80 Summons

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

**NOTICE:**   State and federal law provide protections to defendants who are in the military service, and to their dependents. Dependents of a service member are the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

One protection provided is the protection against the entry of a default judgment in certain circumstances. This notice pertains only to a defendant who is a dependent of a member of the national guard or a military reserve component under a call to active service, or a national guard member under a call to service authorized by the governor of the state of Washington, for a period of more than thirty consecutive days. Other defendants in military service also have protections against default judgments not covered by this notice. If you are the dependent of a member of the national guard or a military reserve component under a call to active service, or a national guard member under a call to service authorized by the governor of the state of Washington, for a period of more than thirty consecutive days, you should notify the plaintiff or the plaintiff's attorneys in writing of your status as such within twenty days of the receipt of this notice. If you fail to do so, then a court or an administrative tribunal may presume that you are not a dependent of an active duty member of the national guard or reserves, or a national guard member under a call to service authorized by the governor of the state of Washington, and proceed with the entry of an order of default and/or a default judgment without further proof of your status. Your response to the plaintiff or plaintiff's attorneys about your status does not constitute an appearance for jurisdictional purposes in any pending litigation nor a waiver of your rights. RCW 38.42.050.

The plaintiff's attorneys are debt collectors. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

-3-

SUMMONS
P&F FILE# 14-50111
WA_80 Summons

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

# EXHIBIT F

FILED

15 JUN 08 PM 2:03

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

SUPERIOR COURT, IN AND FOR THE COUNTY OF KING
STATE OF WASHINGTON

TOYOTA MOTOR CREDIT CORPORATION

Plaintiff / Petitioner

vs.

MELANTHON IBANEZ, ET AL.
Defendant / Respondent

Cause #:

**15  2  13622  4**

Declaration of Service of:
**SUMMONS AND COMPLAINT**

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and competent to be a witness therein.

On the date and time of: **03/21/15 8:44 AM**
at the address of:     **4240 S 122ND ST**
                       **TUKWILA                    WA        98168-2587**
within the County of   **KING**
State of WASHINGTON, the declarant duly served the above-described documents upon:
                       **MELANTHON IBANEZ**
by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with: **CARMELITA IBANEZ**
                       **CO-RESIDENT / MOTHER**
                       **ASIAN FEMALE 51-65 YRS. BLACK HAIR 5FT - 5FT 3IN 100-130 LBS**
A person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: 2015-03-21     Lynnwood WA 98036

by _____
      MARCO A. RUISLA SR                    2011-26

Service Fee Total: $67.50

**ORIGINAL
PROOF OF SERVICE**

14-50111
Patenaude & Felix, APC
4727 44th SW Ave, #103
Seattle, WA 98116
(206) 906-9694

# EXHIBIT G

**FILED**

15 JUN 08 PM 2:03

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

## IN THE SUPERIOR COURT OF STATE OF WASHINGTON
### FOR KING COUNTY

TOYOTA MOTOR CREDIT
CORPORATION

                Plaintiff,

vs.

MEL ANTHONY IBANEZ and
CARENROSE DACUMOS,

                Defendants.

No. **15 2 13622 4**

**COST BILL**

### I. STATEMENT

1.1   Statement of Costs and Disbursements to be taxed against the defendant:

    Clerk's Fees: $240.00
    Process Service Fees: $67.50
    Ex-Parte Fees: $30.00
    TOTAL: $337.50

### II. DECLARATION

2.1   The undersigned is the attorney for the plaintiff and makes this Declaration on the plaintiff's behalf.

2.2   The foregoing Statement of Costs and Disbursements is true and correct and that the said amounts have been or will be disbursed in the said action.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: May 29, 2015 at Lynnwood, Washington

Matthew Cheung, WSBA #43067
Attorney for Plaintiff

-1-

COST BILL
P&F FILE# 14-50111
WA_86B Cost Bill

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

# EXHIBIT H

FILED

15 JUL 07 PM 3:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY**

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION, | Case No.: 15-2-13622-4 |
| Plaintiff, | **ORDER VACATING DEFAULT AND DEFAULT JUDGMENT AGAINST CARENROSE DACUMOS** |
| v. | |
| MELANTHON IBANEZ, CARENROSE DACUMOS, | |
| Defendant(s). | |

The above-entitled Court, having reviewed the plaintiff's Motion to Vacate Order of Default and Default Judgment.

IT IS HEREBY ORDERED that the Plaintiff's Motion to Vacate Order of Default and Default Judgment against CARENROSE DACUMOS is granted. The Order of Default and Default Judgment entered for this matter against CARENROSE DACUMOS on June 08, 2015 shall be in full.

JUDGE/COMMISSIONER: _____          DATED: _____

PRESENTED BY:

_(signature)_

_____          DATED: _7/7/2015_ _____
MATTHEW CHEUNG, WSBA #42067

-1-

ORDER VACATING JUDGMENT/ORDER

**PATENAUDE & FELIX, A.P.C.**
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

WA_48 Ord Vac Jud/Ord                                P&F File No. 14-50111

King County Superior Court
Judicial Electronic Signature Page

Case Number:        15-2-13622-4
Case Title:         TOYOTA MOTOR CREDIT CORP VS IBANEZ ET ANO

Document Title:     ORDER

Signed by:          Commissioner Henry Judson
Date:               7/7/2015 3:30:13 PM

Judge/Commissioner: Commissioner Henry Judson

This document is signed in accordance with the provisions in GR 30.
Certificate Hash:          252A2613AD1DF6F184ADD5EFD5753C76D53A5CB8
Certificate effective date: 7/16/2014 12:09:30 PM
Certificate expiry date:   7/16/2019 12:09:30 PM
Certificate Issued by:     C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                           O=KCDJA, CN="Henry Judson:
                           WPypi5D74hGx6nH1YIhwmw=="

Page 2 of 2

# EXHIBIT I

FILED

15 JUN 10 PM 4:01

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

SUPERIOR COURT, IN AND FOR THE COUNTY OF KING
STATE OF WASHINGTON

TOYOTA MOTOR CREDIT CORPORATION

    Plaintiff / Petitioner

vs.

CARENROSE DACUMOS, ET AL.

    Defendant / Respondent

Cause #: 15-2-13622-4

Declaration of Service of:
SUMMONS AND COMPLAINT

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and competent to be a witness therein.

On the date and time of: 03/21/15 8:46 AM
at the address of:     4240 S 122ND ST
    TUKWILA    WA    98168
within the County of    KING
State of WASHINGTON, the declarant duly served the above-described documents upon:
    CARENROSE DACUMOS
by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with: CARMELITA IBANEZ
    CO-RESIDENT / MOTHER IN LAW
    ASIAN FEMALE 51-65 YRS, BLACK HAIR 5FT - 5FT 3IN 100-130 LBS
A person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: 2015-03-21    Lynnwood WA 98036

by _____
    MARCO A. RUISLA SR    2011-26

Service Fee Total: $67.50

Specialized Attorney Services

(206) 906-9694

ORIGINAL
PROOF OF SERVICE

14-50111
Patenaude & Felix, APC
4727 44th SW Ave. #103
Seattle, WA 98116
(206) 906-9694

# EXHIBIT J

FILED

15 JUN 10 PM 4:01

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| TOYOTA MOTOR CREDIT CORPORATION | Case No.: 15-2-13622-4 |
|---|---|
| Plaintiff, | **DECLARATION OF SERVICE MEMBER RELIEF ACT** |
| vs. | |
| MELANTHON IBANEZ and CARENROSE DACUMOS, | |
| Defendants. | |

PATENAUDE & FELIX, A.P.C. **Declare** that:

1.   A.  Service member status ---CARENROSE DACUMOS:

[X] is not a service member;
[ ] is on active duty in the U.S. armed forces (excluding National Guard and reserves);
[ ] is on active duty and is a National Guard member or a Reservist residing in Washington;
[ ] is not on active duty in the U.S. armed forces (excluding National Guard and reserves);
[ ] is not on active duty and is a National Guard member or a Reservist residing in Washington;
[ ] I am unable to determine whether the nonmoving party is or is not on active duty in the U.S. armed forces;
[ ] I am unable to determine whether the nonmoving party is or is not on active duty as a National Guard member or a Reservist residing in Washington.

   B.  Factual basis:

[X] See the attached Defense Man Power Data Center Report obtained from https://www.dmdc.osd.mil/scra/owa/home.
[ ] Other factual basis:

   C.  [ ] ~~As indicated above, the nonmoving party is on active duty and (check all that apply):~~

[ ] The nonmoving party is represented by an attorney.
[ ] The court has appointed an attorney to represent the nonmoving party.
[ ] A stay of these proceedings [ ] has [ ] has not been entered by the court.

-1-

DECLARATION OF SERVICE MEMBER RELIEF ACT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675
P&F File No. 14-50111

WA_42 Dec Svr Member Relief Act

2.    A.  Dependent of a service member status --- CARENROSE DACUMOS

    [ ]  is not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist;

    [ ]  is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist;

    [X]  I am unable to determine whether the nonmoving party is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist.

    B.  Factual basis:

        [ ]  The nonmoving party failed to respond to a notice to him or her as a dependent of a person in Military Service that was [ ] served on [ ] mailed by first class mail on _____ [Date], therefore he or she should be presumed not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist.

        [X]  Other factual basis: The office of Patenaude & Felix, A.P.C. retains information concerning the debtors and/or co-debtors only.

    C.  [ ]  ~~As indicated above, the nonmoving party is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist and (check all that apply):~~

        [ ]  The nonmoving party is represented by an attorney.

        [ ]  The court has appointed an attorney to represent the nonmoving party.

        [ ]  A stay of these proceedings [ ] has [ ] has not been entered by the court.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Lynnwood, WA on June 10, 2015.

Matthew Cheung, WSBA #43067
Attorney for Plaintiff
Patenaude & Felix, A.P.C.
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036
Tel: (425) 361-1662

-2-

DECLARATION OF SERVICE MEMBER RELIEF ACT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675
P&F File No. 14-50111

WA _Dec Svr Member Relief Act

Department of Defense Manpower Data Center

Results as of : Jun-10-2015 03:36:09 PM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DACUMOS</u>
First Name: <u>CARENROSE</u>
Middle Name:
Active Duty Status As Of: <u>Jun-10-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

# EXHIBIT K

FILED

15 JUL 07 PM 12:59

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION,<br><br>                     Plaintiff,<br><br>v.<br><br>MELANTHON IBANEZ,<br>CARENROSE DACUMOS,<br><br>                  Defendant(s). | Case No.: 15-2-13622-4<br><br>**MOTION TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST CARENROSE DACUMOS** |

### RELIEF REQUESTED

    The plaintiff, by and through counsel Patenaude & Felix, A.P.C. respectfully moves the Court for an Order Vacating the Order of Default and Default Judgment entered against CARENROSE DACUMOS

### STATEMENT OF FACTS

    It has come to the plaintiff's attention that the defendant CARENROSE DACUMOS may not have resided at the address where she was sub-served with the Summons and Complaint.

///

-1-

MOTION FOR ORDER TO VACATE JUDGMENT/ORDER

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662   Toll Free: (800) 832-7675

WA_46 Mtn Vac Jud/Ord                              P&F File No. 14-50111

1

## AUTHORITY RELIED UPON

2    Civil Rule 60(b): Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence;

3    Fraud

4

## CONCLUSION

5

6    Since the defendant CARENROSE DACUMOS may not have been properly served, the

Order of Default and Default Judgment against CARENROSE DACUMOS should not have

7    been granted. For this reason the Order Vacating the Order of Default and Default Judgment

8    should be granted against CARENROSE DACUMOS.

9        I declare under penalty of perjury under the laws of the State of Washington that the

10   foregoing is true and correct.

11       Signed at Lynnwood, Washington on  July 07, 2015

12

13

14   MATTHEW CHEUNG, WSBA #43067
     Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

WA_46 Mtn Vac Jud/Ord          P&F File No. 14-50111

# EXHIBIT L

FILED

15 JUL 07 PM 3:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 SEA

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MELANTHON IBANEZ,<br>CARENROSE DACUMOS,<br><br>Defendant(s). | Case No.: 15-2-13622-4<br><br>**ORDER VACATING DEFAULT AND DEFAULT JUDGMENT AGAINST CARENROSE DACUMOS** |

The above-entitled Court, having reviewed the plaintiff's Motion to Vacate Order of Default and Default Judgment.

IT IS HEREBY ORDERED that the Plaintiff's Motion to Vacate Order of Default and Default Judgment against CARENROSE DACUMOS is granted. The Order of Default and Default Judgment entered for this matter against CARENROSE DACUMOS on June 08, 2015 shall be in full.

JUDGE/COMMISSIONER: _____          DATED: _____

PRESENTED BY:

_____          DATED: _7/7/2015_____
MATTHEW CHEUNG, WSBA #43067

-1-

ORDER VACATING JUDGMENT/ORDER

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

WA_48 Ord Vac Jud/Ord

P&F File No. 14-50111

King County Superior Court
Judicial Electronic Signature Page

Case Number:      15-2-13622-4
Case Title:       TOYOTA MOTOR CREDIT CORP VS IBANEZ ET ANO

Document Title:   ORDER

Signed by:        Commissioner Henry Judson
Date:             7/7/2015 3:30:13 PM

Judge/Commissioner: Commissioner Henry Judson

This document is signed in accordance with the provisions in GR 30.
Certificate Hash:           252A2613AD1DF6F184ADD5EFD5753C76D53A5CB8
Certificate effective date: 7/16/2014 12:09:30 PM
Certificate expiry date:    7/16/2019 12:09:30 PM
Certificate Issued by:      C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                            O=KCDJA, CN="Henry Judson:
                            WPypi5D74hGx6nH1YIhwmw=="

Page 2 of 2

# EXHIBIT M

1

2

3

4

5

6

7

8

FILED

15 JUL 30 PM 3:03

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

9   IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
    FOR KING COUNTY

10

11  TOYOTA MOTOR CREDIT
    CORPORATION
12                                   Plaintiff,

13             vs.

14  MELANTHON IBANEZ and
    CARENROSE DACUMOS,
15                                 Defendants.

Case No.: 15-2-13622-4 KNT

**MOTION TO SEAL OR RETURN
ORIGINAL FILED DOCUMENTS**

16

17                    **RELIEF REQUESTED**

18      The plaintiff, by and through counsel Patenaude & Felix, A.P.C., respectfully moves the

19  Court for an Order that either seals or returns to the plaintiff the original filed document sub #7

20  Motion For Default Judgment, filed on June 8, 2015, for the following reason:

21      (1) Confidential personal information of defendants is contained in the documents

22  attached to the motion. These documents have not been redacted and should not be viewable in

23  the court record without proper redaction.

24

25

26

27  / / /

28

-1-

MOTION TO CORRECT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
Tel: (425) 361-1662 . Toll Free: (800) 832-7675

WA_46B Motion to Correct                    P&F File No. 14-50111

## PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

## DECLARATION OF COUNSEL

1. I am the attorney of record for the plaintiff in the above captioned action.

2. Documents attached to, and filed with, the Motion For Default Judgment on June 8, 2015 have not been properly redacted.

3. Plaintiff will defer to the Court's discretion to determine if document sub #7 "Motion For Default Judgment" filed on June 8, 2015 should be sealed or returned to Plaintiff for proper redaction and re-filing.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 29, 2015 at Lynnwood, Washington

_____

MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff
19401 40th Avenue West, Ste. 280
Lynnwood, WA 98036
(425) 361-1662

-2-

MOTION TO CORRECT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036.
Tel: (425) 361-1662   Toll Free: (800) 832-7675

WA_46B Motion to Correct                                    P&F File No. 14-50111

# EXHIBIT N

FILED
KING COUNTY, WASHINGTON

JUL 3 1 2015

SUPERIOR COURT CLERK

EXP07

**Superior Court of Washington**
**King County**

| | |
|---|---|
| Toyota Motor Credit Corporation | No. 15 2 13622 4     <u>KNT</u> |
| Petitioner/Plaintiff | |
| vs/and | MINUTE ORDER |
| Melanthon Ibanex et al | |
| Defendant/Respondent | |

**The court having reviewed a motion for order, hereby DENIES the entry because:**

Other:
Counsel must provide a redacted copy of the document sought to be sealed. This matter should be presented in person.

**IT IS HEREBY ORDERED** that the request is denied and the moving party shall resubmit the motion and order directly to the Ex Parte Department, in person, without the payment of additional Clerk's Office Ex Parte Presentation Fee.  A copy of this order must be included when you resubmit this matter.

Dated this _____ day of ___7/31_____, 2015.

_NBradburn-Sl_____
~~Judge~~/Commissioner

Friday, July 31, 2015
Page 1 of 1

MINUTE ORDER - ORDYMT - 12/10

# EXHIBIT O



KING COUNTY, WASHINGTON

AUG 0 4 2015

SUPERIOR COURT CLERK
BY Matthew Hodgman
DEPUTY

**Superior Court of Washington**
**King County**

Toyota Motor Credit Corportaiton

Petitioner/Plaintiff

vs/and

Melanthon Ibanex et al

Defendant/Respondent

No. 15 2 13622 4          KNT

MINUTE ORDER

**The court having reviewed a motion for order, hereby DENIES the entry because:**

Other:

The case is still active as the default order/default judgment has been vacated against one of the defendants. The motion to seal records must therefore be presented to the assigned judge.

**IT IS HEREBY ORDERED** that the request is denied and the moving party shall resubmit the motion and order to the IC judge previously assigned to this matter.  A copy of this order must be included when resubmitting this matter to the assigned judge.

Dated this _____ day of ____6|4_____, 2015.

_NBradlum-b_____
Judge/Commissioner

Tuesday, August 04, 2015
Page 1 of 1

MINUTE ORDER - ORDYMT - 12/10

# EXHIBIT P

FILED

15 AUG 05 PM 3:18

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | CASE NO. 15-2-13622-4 KNT |
| vs. | NOTICE OF COURT DATE (Judges) |
| | (NOTICE FOR HEARING) |
| MELANTHON IBANEZ AND CARENROSE DACUMOS | KENT REGIONAL JUSTICE CENTER ONLY |
| | (Clerk's Action Required)   (NTHG) |

TO:     THE CLERK OF THE COURT and to all other parties per list on Page 2:
        PLEASE TAKE NOTICE that an issue of law in this case will be heard on the date below and the Clerk is
        directed to note this issue on the calendar checked below.

Calendar Date:  AUGUST 7, 2015                           Day of Week: _____

Nature of Motion:  MOTION TO SEAL OR RETURN ORIGINAL FILED DOCUMENT

**CASES ASSIGNED TO INDIVIDUAL JUDGES - RJC**

If oral argument on the motion is allowed (LCR 7(b)(2)), contact staff of assigned judge to schedule date and time
before filing this notice. **Working Papers**: The judge's name, date and time of hearing **must** be noted in the upper
right corner of the Judge's copy.   **Deliver Judge's copies to Judges' Mailroom at RJC**

[X] Without oral argument (Mon - Fri)                    [ ] With oral argument Hearing
    Date/Time: _____

Judge's Name:  JUDGE HELLER                              Trial Date:  N/A

**CHIEF CIVIL DEPARTMENT – RJC**

All Chief Civil calendars are at 10:00 on Fridays, except as noted.  See signs posted at RJC for calendar location.
Deliver working copies to Judges' Mailroom, Room 2D at RJC.  In upper right corner of papers write "Chief Civil
Department" and date of hearing.

[ ] Extraordinary Writs (Show Cause Hearing) (LCR 98.40)
[ ] Supplemental Proceedings /Judicial Subpoenas (9:15 am) (LCR 69)
[ ] Motions to Consolidate with multiple judges assigned (LCR 40(a)(4)) (without oral argument) M-F
[ ] Structured Settlements (9:00 am Fridays) (LCR 40(2)(S))

**Non-Assigned Cases:**

[ ] Dispositive Motions (10:30 am)
[ ] Non-Dispositive Motions M-F (without oral argument)
[ ] Motions for Revision (LCR 7(b)(8))
[ ] Certificates of Rehabilitation- Weapon Possession (**Convictions from Limited Jurisdiction Courts**) (LCR
40(a)(2)(B))

**PARTIES: The address of the Regional Justice Center is 401 4th Avenue North, Kent, WA 98032. You must
bring this document and appear as scheduled.**

[ ] Room: _____                          [ ] See Posted Signs

You may list an address that is not your residential address where you agree to accept legal documents.

Sign: _____      Print/Type Name:  MATTHEW CHEUNG

WSBA #  43067          (if attorney)  Attorney for:  PLAINTIFF

Address:  19401 40TH AVE W SUITE 280    City, State, Zip  LYNNWOOD, WA 98036

Telephone:  425-361-1662   Email Address: MATTHEW.CHEUNG@PANDF.US   Date:  AUGUST 5, 2015

NOTICE OF COURT DATE - KENT REGIONAL JUSTICE CENTER ONLY
JudgesKNT10/10/14                                        Page 1
www.kingcounty.gov/courts/scforms

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |
|---|

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #: _____
Email Address: _____

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice.  List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page.  Serve a copy of this notice, with motion documents, on all parties.

The original must be filed at the Clerk's Office not less than **six** court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

The REGIONAL JUSTICE CENTER is in Kent, Washington at 401 Fourth Avenue North.  The Clerk's Office is on the second floor, Room 2C.  The Judges' Mailroom is Room 2D.

## DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS

# EXHIBIT Q

```
                                    FILED
                              15 AUG 13  AM 11:46
                                KING COUNTY
                            SUPERIOR COURT CLERK
                                  KENT, WA
```

1
2
3
4
5
6
7
8              IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                              FOR KING COUNTY
9
   TOYOTA MOTOR CREDIT               Case No.: 15-2-13622-4 KNT
10 CORPORATION
                                     ORDER ON MOTION TO SEAL OR
11                    Plaintiff,     RETURN ORIGINAL FILED
                                     DOCUMENTS
12        vs.                        (Clerk's Action Required)
13 MELANTHON IBANEZ and
   CARENROSE DACUMOS,
14                    Defendants.

15        The above-entitled Court, having reviewed the plaintiff's Motion to Seal or Return Original

16 Filed Documents,

17        IT IS HEREBY ORDERED that the Plaintiff's Motion to   Seal or Return Original Filed

18 Documents is granted as follows

          The sub #7 document Motion For Default Judgment filed on June 08, 2015 shall be
19
      __X__ Sealed as a confidential document
20
              OR
21
          _____ Original document returned to Plaintiff for redaction at Patenaude & Felix,
22
   A.P.C. 19401 40th Ave W, Suite 280, Lynnwood, WA 98036
23
          The Clerk of the Court shall, without delay, proceed as ordered above.
24 JUDGE/COMMISSIONER: _____    DATED: _8/13/15_____

25 PRESENTED BY:
26 _____
                                    DATED: 8/  /2015
27 MATTHEW CHEUNG, WSBA#43067
   Attorney for Plaintiff/Petitioner
28
                                      -1-

ORDER CORRECTING
                                          PATENAUDE & FELIX, A.P.C.
                                  19401 40th Avenue West, Suite 2800, Lynnwood, WA 98036
                                   Tel: (425) 361-1662   Toll Free: (800) 832-7675

WA_48B Ord Correcting                     P&F File No. 14-50111
```

# EXHIBIT R

FILED

15 AUG 13 AM 11: 46

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

JUDGES E~WORKING COPIES
AUGUST 7, 2015 W/O ORAL   FILED
JUDGE HELLER        15 JUN 08 PM 2:03
MOVING PARTY

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | Case No.: **15 2 13622 4** |
| Plaintiff, | **MOTION & DECLARATION FOR DEFAULT AND JUDGMENT** |
| vs. | *REDACTED* |
| MEL ANTHONY IBANEZ and CARENROSE DACUMOS, | |
| Defendants. | |

### I. MOTION

The plaintiff, by and through its attorneys, Patenaude & Felix, A.P.C., respectfully moves the Court for an Order of Default and Judgment against the defendant, MEL ANTHONY IBANEZ, in the principal sum of $13,593.35, together with costs, as requested in the judgment.

This Motion is based on the affidavits or declarations in support of entry of judgment submitted herewith and the subjoined declaration of counsel.

### II. DECLARATION

The undersigned declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1.    I am the attorney of record for the plaintiff herein. I base this declaration on my review of the file maintained by this law firm with regard to this matter.

///

-1-

MOTION & DECLARATION FOR DEFAULT JUDGMENT

PATENAUDE & FELIX, A.P
19401 40th Avenue West, Suite 280, Lynnwood, WA 98(
Tel: (425) 361-1662  Toll Free: (800) 832-7(

/A_90 Mtn and Dec DJ                                    P&F File No. 14-50111

2.     That on 3/21/2015, in King County, Washington, the defendant, MEL ANTHONY IBANEZ, was served with a Summons and Complaint in the above referenced action. The Affidavit of such service is filed herein. More than 20 days have elapsed since the date of service.

3.     The defendants have failed to serve an appearance/answer or otherwise defend, in accordance with CR55 within the time permitted by law.

4.     Venue is appropriate under R.C.W. 4.28, because King County is the county in which the defendant resides.

5.     The defendant is not a person in the Military Service of the United States, as defined in the Soldier's and Sailor's Civil Relief Act of 1940 as amended by the The Service member's Civil Relief Act of 2003. The declarant's staff has checked the U.S. Department of Defense Manpower Date Center, and the report provided and attached states that the Department of Defense does not possess any information indicating the defendant is on Military Duty. Attached as an addendum is the information that the above statement if based upon. The declarant is unable to determine whether the defendant is a dependent of a service member.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED: May 29, 2015, at Lynnwood, WA.

Presented by:

PATENAUDE & FELIX, A.P.C.

MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff
Patenaude & Felix, A.P.C.
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036
(425) 361-1662

-2-
MOTION & DECLARATION FOR DEFAULT JUDGMENT

/A_90 Mtn and Dec DJ               P&F File No. 14-50111

Department of Defense Manpower Data Center

Results as of : May-27-2015 04:12:01 PM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>IBANEZ</u>
First Name: <u>MELANTHON</u>
Middle Name:
Active Duty Status As Of: <u>May-27-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Last Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

1
2
3
4
5
6
7
8
9
10

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT<br>CORPORATION | Case No.: |
|              Plaintiff, | **AFFIDAVIT OF TOYOTA MOTOR**<br>**CREDIT CORPORATION IN SUPPORT**<br>**OF JUDGMENT** |
| vs. | |
| MEL ANTHONY IBANEZ and<br>CARENROSE DACUMOS, | |
|        Defendants. | |

16

STATE OF CALIFORNIA      )
                            ) ss.
COUNTY OF LOS ANGELES   )

_Glenan Greenhaw_____, being first duly sworn on oath, deposes and states:

1.    That I am a Custodian of records for TOYOTA MOTOR CREDIT CORPORATION (hereinafter "TOYOTA"). I make this Affidavit on the basis of my personal knowledge and a review of the records maintained by TOYOTA, and its business and billing records, including those records on TOYOTA'S computers. The records were made by, or from information transmitted by, a person with knowledge of the facts and events recorded. Each record, a copy of which is attached hereto, was made at or near the time of the act, event or condition recorded or reasonable soon thereafter. As a Custodian of those records, I can attest to their authenticity and mode of preparation.

///

-1-

AFFIDAVIT OF TOYOTA MOTOR CREDIT CORPORATION IN SUPPORT OF JUDGMENT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036

WA_87 Toyota Declaration                               P&F File No. 14-50111

2.     TOYOTA is authorized to bring this action. TOYOTA is the current owner and holder of this account.

3.     Attached as Exhibit 1 is at true and correct copy of the Retail Installment Contract / Lease Agreement signed by the defendant (hereinafter "Agreement") which is the subject of the claim in this action.

4.     Once Agreements are either acquired or opened, computerized ledgers are maintained by employees of TOYOTA and constitute the principal record establishing the amounts due and owing to TOYOTA for any and all transactions involving all financial aspects of the defendant's account including credits, debits, and the balance outstanding for purposes of invoicing and/or determination of a current outstanding balance.

5.     The defendant has not paid as agreed on this account. TOYOTA has demanded payment from the defendant and the defendant has refused or was unable to pay. As a result of this failure to pay, TOYOTA has elected to declare the Agreement in default, accelerate the full balance due and owing, as authorized by the agreement, and recover the vehicle. TOYOTA disposed of the vehicle in a commercially reasonable manner. Pursuant to the Agreement and as permitted by law, allowed expenses arising as a direct result of taking the vehicle, holding it, preparing it for disposition, and/or disposition of the vehicle were charged to the defendant. The remaining disposition proceeds, together with all other credits to which the defendant was entitled, was applied against the balance due and owing on the account.

6.     Attached as Exhibit 2 are true and correct copies of the documents pertaining to the default, taking of the vehicle, disposition of the vehicle, and/or resulting deficiency.

7.     The total unpaid balance on the account which is in default and now due and payable is $13,593.35, plus interest at the rate of 6.99% per annum of the unpaid balance from April 26, 2014. Despite repeated demands for payment, the defendant has failed to pay, and still refuses to pay the balance due and owing.

///

-2-

AFFIDAVIT OF TOYOTA MOTOR CREDIT CORPORATION IN SUPPORT OF JUDGMENT

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036

8.   I am informed and believe, and therefore allege, that the defendant is not a person in the military service of the United States, as defined in the Soldiers' and Sailors' Civil Relief Act. I further state that to the best of my knowledge, the defendant is not an infant nor an incompetant person.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on the 20ᵗʰ day of May , 2015 , at 1:17 PM ,

TOYOTA MOTOR CREDIT CORPORATION

Signature: _Coleman Greenhaw_

Print Name: _Coleman Greenhaw_
Custodian of Records

Subscribed and sworn to before me this ___ day of _____,

Notary Public

My commission expires: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES
Subscribed and sworn to (or affirmed) before me this 20TH day of MAY , 20 15 , by Coleman Greenhaw
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Mega W. Asusez_ (Seal)

-3-

**AFFIDAVIT OF TOYOTA MOTOR CREDIT CORPORATION IN SUPPORT OF JUDGMENT**

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280
Lynnwood, WA 98036

WA_87 Toyota Declaration                    P&F File No. 14-50111

# CREDIT APPLICATION

**TOYOTA**
**FINANCIAL SERVICES**

IMPORTANT: READ THESE DIRECTIONS BEFORE COMPLETING THIS APPLICATION

☐ ☐ If you are applying for individual credit in your own name and are relying on your own income or assets...
☐ ☐ If you are applying for joint credit and are relying on income or assets of a community property state, complete Sections 1 and 2
☐ ☐ If you are applying for individual credit...
☐ ☐ If this is an application for joint credit...

NOTE: APPLICANT (IF MARRIED) MAY APPLY FOR A SEPARATE ACCOUNT

☐ LEASE    ☐ FINANCE

**SECTION 1: Information Regarding Applicant**

| DEALER NO. (REGION) | DEALER NAME |
| | Toyota of Renton |

| LAST NAME (PRINT) | LEGAL FIRST NAME | PREFERRED FIRST NAME | INITIAL | BIRTH DATE | DRIVER'S LIC NO | THE Approved for leasing amount? |
| Ibanez | Mel Anthony | | | 02/08/1955 | WA IBANENA121CH | ☐ YES ☐ NO |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | HOW LONG? | SOCIAL SECURITY/FED ID NO |
| 4240 122nd St | Tukwila | WA | 98168 | 0 YRS 0 MOS | -8386 |

| LEASE BILLING ADDRESS (IF DIFFERENT FROM RESIDENCE) | CITY | STATE | ZIP | E-MAIL ADDRESS |

| VEHICLE GARAGING ADDRESS (IF DIFFERENT FROM RESIDENCE) | | CITY | | STATE | ZIP |

| PREVIOUS ADDRESS (TO COVER 3 YEARS RESIDENCE) | | | | HOW LONG? |
| 7964 Mil King Way S Seattle WA 98118 | | | | 0 YRS 0 MOS |

| HOME LAND LINE | WORK LAND LINE | CELL PHONE | ☐ OTHER PHONE CHECK BOX IF CELL PHONE |
| (206) 574-8822 | (206) 388-2501 | (206) 574-8822 | |

| OCCUPATION OR RANK | ☐ EMPLOYEE? ☐ SELF EMPLOYED | EMPLOYER | HOW LONG? |
| Nutrition Sanitation | | Swedish | 5 YRS 0 MOS |

| EMPLOYER'S ADDRESS | CITY | STATE | HOW LONG? |
| | | | 0 YRS 0 MOS |

| PREVIOUS EMPLOYER (TO COVER 3 YEAR HISTORY) | ADDRESS | HOW LONG? |
| | | 0 YRS 0 MOS |

| NEAREST RELATIVE NOT LIVING WITH YOU | ADDRESS | RELATIONSHIP | PHONE |
| | | | ( ) - |

| OTHER PERSONAL REFERENCES   NAME | ADDRESS | | PHONE |
| | | | ( ) - |

| NAME | ADDRESS | | |

| EDUCATION | ☐ HIGH SCHOOL GRADUATE | ☒ SOME COLLEGE | ☐ 2 YR COLLEGE DEGREE | ☐ 4 YR COLLEGE DEGREE | ☐ SPECIAL/ED TRAINING |

**INCOME**

Joint Applicant's gross monthly income from employment

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation

Alimony, child support, separate maintenance received under ☐ court order ☐ written agreement ☐ oral understanding

Amount $

$ 2800 00

| | | TOTAL GROSS MONTHLY INCOME | $ | 2800 00 |

**SECTION 2: Information Regarding** ☐ Non-Applicant Spouse or ☐ Co-Applicant (Use separate sheets if necessary and check Appropriate box)

| LAST NAME (PRINT) | LEGAL FIRST NAME | PREFERRED FIRST NAME | INITIAL | BIRTH DATE | DRIVER'S LIC NO | SOCIAL SECURITY/FED ID NO |
| Decumex | Carmencita | | | 02/ /1982 | WA DACUMCA | 425 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP | HOW LONG? |
| 4240 122nd St | Tukwila | WA | 98168 | 0 YRS 0 MOS |

| VEHICLE GARAGING ADDRESS (IF DIFFERENT FROM RESIDENCE) | CITY | STATE | ZIP | HOW LONG? |
| | | | | 4 YRS 0 MOS | E-MAIL ADDRESS |

| PREVIOUS ADDRESS (TO COVER 3 YEARS RESIDENCE) | | | HOW LONG? | E-MAIL ADDRESS |
| 7964 Mil King Way S Seattle WA 98118 | | | 4 YRS 0 MOS | |

| HOME LAND LINE | WORK LAND LINE | CELL PHONE | ☐ OTHER PHONE CHECK BOX IF CELL PHONE |
| (425) 974-9289 | (206) 505-1112 | | |

| OCCUPATION OR RANK | ☐ EMPLOYEE? ☐ SELF EMPLOYED | EMPLOYER | HOW LONG? |
| Med Assistant | | Pacific Medical | 2 YRS 6 MOS |

| EMPLOYER'S ADDRESS | CITY | STATE | HOW LONG? |
| | | | 0 YRS 0 MOS |

| PREVIOUS EMPLOYER (TO COVER 3 YEAR HISTORY) | ADDRESS | HOW LONG? |
| | | 0 YRS 0 MOS |

| NEAREST RELATIVE NOT LIVING WITH YOU | ADDRESS | RELATIONSHIP | PHONE |
| | | | ( ) - |

| OTHER PERSONAL REFERENCES   NAME | ADDRESS | | PHONE |
| | | | ( ) - |

| NAME | ADDRESS | | |

**INCOME**

Joint Applicant's gross monthly income from employment

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation

Alimony, child support, separate maintenance received under ☐ court order ☐ written agreement ☐ oral understanding

Amount $

$ 2800 00

| | | TOTAL GROSS MONTHLY INCOME | $ | 2800 00 |

**SECTION 3: Asset and Debt Information**

(If Section 2 has been completed and Section should be completed jointly information about both the Applicant (1) Co-Applicant or Non-Applicant Spouse. Please mark Applicant-related information with an A. Check for a Co-Applicant and 3 for Non-Applicant Spouse. If Section 2 was not completed only give information about the Applicant in this Section)

| ☐ OWN HOME ☒ RENTING ☐ LIVING WITH RELATIVES | LANDLORD OR MORTGAGE HOLDER | CITY | STATE | PHONE | RENT/MORTGAGE PYMT $ 1500 |
| | | | | | 2ND MORTGAGE PYMT |

| PREVIOUSLY FINANCED? ☒ YES ☐ NO | LAST VEHICLE PURCHASED (MAKE, MODEL, YEAR) | FINANCED BY | | $ |

| BANK REFERENCE | | BRANCH ADDRESS | ☐ CHECKING ACCOUNT NO | ☐ SAVINGS |

| HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED? ☐ YES ☒ NO | DO YOU HAVE ANY SUITS PENDING AGAINST YOU? ☐ YES ☒ NO | HAVE YOU FILED BANKRUPTCY IN THE LAST 14 YEARS? ☐ YES ☒ NO |

SEE THE REVERSE SIDE OF THIS APPLICATION FOR FURTHER IMPORTANT DISCLOSURES AND INFORMATION AND REQUIRED SIGNATURES

## STATE SPECIFIC DISCLOSURES
Mr Mel Anthony Ibanez Ms. Carenrose Dacumos

Notice to California Residents Applicant, if married, may apply for a separate account

Notice to Maine, Rhode Island and Tennessee Residents. You must have physical damage insurance covering loss or damage to the vehicle for the term of any contract. For a lease, you must also have the liability insurance as described in the lease. You may buy this insurance from anyone you choose. You do not have to buy it from someone affiliated with the dealer or an assignee of this contract. Your choice of insurance will not affect the credit approval process unless the insurance does not satisfy the contract requirements or the insurance company does not satisfy the reasonable standards of the dealer or an assignee of the contract

Notice to New Hampshire Residents. If you are applying for a balloon payment contract, upon request and before entering into the balloon payment contract, you are entitled to receive a written estimate of the monthly payment amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. A balloon contract is an installment sale contract with a scheduled final payment that is a at least twice the amount of one of the earlier scheduled equal periodic installment payments

Notice to New York Residents. In connection with this application, we may request a consumer report on you. If you request, we will inform you whether or not a consumer report was requested and, if it was, of the name and address of the consumer reporting agency that furnished the report. Additional consumer reports may be ordered without further notice to you in connection with any update, renewal or extension of credit granted

Notice to Ohio Residents. The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law

Notice to Rhode Island Residents: Credit Reports may be obtained in connection with this application for credit

Notice Wisconsin Residents. No provision of any marital property agreement, unilateral statement (under Wis Stat 766 59), or court decree (under Wis Stat 766 60), applied to marital property, adversely affects your creditor's or lessor's (your "Creditor") interest unless your Creditor is furnished a copy of such agreement, statement, or decree to or your Creditor has actual knowledge of such adverse provision before credit is granted. If the credit is granted to you pursuant to this application, your spouse will also receive notification that credit has been granted to you

WISCONSIN STATEMENT OF MARITAL PURPOSE. I am applying for credit which, if granted, will be incurred in the interest of my marriage and family

Signature _____ Date _____

Signature _____ Date _____

## GENERAL DISCLOSURES AND AGREEMENTS
MINIMUM PHYSICAL DAMAGE INSURANCE IS REQUIRED FOR THE FULL TERM OF THE INSTALLMENT OR LEASE CONTRACT to protect all interests thereunder against collision, fire, theft and the additional hazards covered by Combined Additional Coverage. YOU MAY CHOOSE THE PERSON THROUGH WHICH ANY OF THIS INSURANCE IS OBTAINED

Fair Credit Reporting Act Disclosure
This application for credit will be submitted to the following financial institution for purpose or consideration as to whether it meets purchase guidelines

Financial Institution Names and Addresses

Toyota Financial Services, 13920 SE Eastgate Way, Suite 130, Bellevue, WA 98005

Application Agreement. I authorize dealer and any creditor to which dealer submits my application, together with any affiliates, agents, service providers or assignees of the dealer or creditor ("you" or "your") as follows. You may investigate my credit and employment history, obtain consumer reports on me and contact my references in connection with this application. If an account is opened for me in response to this application, I authorize you to obtain credit reports on me for line review, update, extension or collection of my account or other legitimate business purpose related to my account, contact my references and other creditors in connection with the collection of my account including the location of my financed or leased vehicle, and release information about your credit experience with me as permitted by law

You may call me, leave me a voice, prerecorded or artificial voice message or send me a text, email or other electronic message for any purpose related to my accounts with you, your products and services, or surveys or research (each a "Communication"). You may include my personal information in a Communication and conduct a Communication using an automated dialing machine and any contact information you have for me, including a cell phone number. You will not charge me for a Communication but my service provider may. I understand and agree you may always communicate with me in any manner permissible by law that does not require prior consent

I promise that all information I have provided in connection with this application is true, correct and complete

Applicant Signature _____ Date 3/31/13

Co-Applicant Signature (Only if Box c is checked) _____ Date 3/31/13

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation      0307 (02/12)

THIS CONTRACT INCLUDES THE ATTACHED RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE

| | |
|---|---|
| Buyer Name and Address | Co-Buyer Name and Address |
| Seller Name and Address | |

NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

NOTICE TO BUYER: (a) Do not sign this contract before you read it or if any spaces intended for the agreed terms, except as to unavailable information, are blank. (b) You are entitled to a copy of this contract at the time you sign. (c) You may at any time pay off the full amount due under this contract, and in so doing you may receive a partial rebate of the finance charge.

RESERVED
APR 17 2013
TOYOTA Seattle

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. *How we will figure Finance Charge.* We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. *How we will apply payments.* We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. *How late payments or early payments change what you must pay.* We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. *You may prepay.* You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your prepayment.

e. *Right to Refinance a Balloon Payment.* A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If this contract contains a balloon payment and you do not pay it, you have the right to obtain a new payment schedule. Unless you agree otherwise, the periodic payments under the new payment schedule will not be substantially greater than the earlier scheduled payments. This provision does not apply if your payment schedule is adjusted to account for your seasonal or irregular income.

**2. YOUR OTHER PROMISES TO US**

a. *If the vehicle is damaged, destroyed, or missing.* You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. *Using the vehicle.* You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. *Security Interest.* You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any returns of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

*Insurance you must have on the vehicle.* You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. IF YOU DO NOT PROVIDE US WITH EVIDENCE OF THE PHYSICAL DAMAGE INSURANCE COVERAGE AS REQUIRED BY THIS CONTRACT, WE MAY BUY IT AT ANY TIME AFTER YOU FAIL TO PROVIDE US WITH EVIDENCE OF THIS INSURANCE. WE MAY BUY INSURANCE THAT COVERS YOUR INTEREST AND OUR INTEREST IN THE VEHICLE, OR WE MAY BUY INSURANCE THAT COVERS ONLY OUR INTEREST. THIS INSURANCE MAY NOT PAY ANY CLAIM YOU MAKE OR ANY CLAIM MADE AGAINST YOU. YOU MAY LATER CANCEL THIS INSURANCE BY PROVIDING EVIDENCE THAT YOU HAVE OBTAINED PROPER COVERAGE ELSEWHERE. YOU ARE RESPONSIBLE FOR THE COST OF ANY INSURANCE PURCHASED BY US. THE COST OF THIS INSURANCE MAY BE ADDED TO YOUR AMOUNT FINANCED. IF THE COST IS ADDED TO THE AMOUNT FINANCED, THE ANNUAL PERCENTAGE RATE ON THIS CONTRACT WILL APPLY TO THE ADDED AMOUNT. THE EFFECTIVE DATE OF COVERAGE MAY BE THE DATE YOUR PRIOR COVERAGE LAPSED OR ANOTHER DATE AFTER THAT DATE OF LAPSE. THE COVERAGE WE PURCHASE MAY BE CONSIDERABLY MORE EXPENSIVE THAN INSURANCE YOU CAN OBTAIN ON YOUR OWN AND MAY NOT SATISFY WASHINGTON'S MANDATORY LIABILITY INSURANCE LAWS. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. *What happens to returned insurance, maintenance, service, or other contract charges.* If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. *You may have to pay late charges.* You will pay a late charge on each late payment as shown on the front of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. *You may have to pay all you owe at once.* If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. *You may have to pay collection costs.* If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.

d. *We may take the vehicle from you.* If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If the vehicle has any accessories, equipment, or replacement parts, they will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

*How you can get the vehicle back if we take it.* If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

*We will sell the vehicle if you do not get it back.* If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us if the law allows. If we take or sell the vehicle, you agree that the amount you owe will be determined at a sale not exceeding the highest level it was sold you pay.

e. *What we may do about optional insurance, maintenance, service, or other contracts.* This contract may contain charges for optional insurance, maintenance, service, or other contracts. If you default, we may claim benefits under these contracts and cancel them to get refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel optional insurance and other contracts to get refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If does not apply at all if you bought the vehicle primarily for personal, family, or household use.

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

*Spanish Translation:* Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. Servicing and Collection Contacts.** You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. Applicable Law.** Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-WA-ARB



**TOYOTA OF RENTON**

150 SW 7th Street
Renton, WA 98057
(425) 228-4700
www.toyotaofrenton.com

VEHICLE BUYERS ORDER

5818
4779

Date __03/31/2013__   Dealer Name __TOYOTA OF RENTON__

Salesperson __MARK HERNANDEZ__

Purchaser's Name
MELANTHONY T MARES-YBANEZ JAM
Address (City, State and Zip Code)
4240 S 122ND ST TUKWILA WA 98168
Residental Phone
(206)574-8822
Business Phone
(206)386-2901
Mobile Phone
(206)574-8822
Email Address                     Date of Birth 02/__/1988

Co-Purchaser's Name
CARENROSE A DACUNOS
Address (City, State and Zip Code)
4240 S 122ND ST TUKWILA WA 98168
Residental Phone
(206)574-8822
Business Phone
(206)505-1112
Mobile Phone
Email Address                     Date of Birth 08/__/1982

Title Brands/Comments (if applicable) _____ REBUILT _____ JUNK _____ SALVAGE/REBUILT _____ DESTROYED

| New/Used/Demo | Year | Make | Mileage | Model | Stock # | Vin # |
|---|---|---|---|---|---|---|
| NEW | 2013 | TOYOTA | 27 | 4RUNNER | 06399 | JTEBU5JR7D5128019 |

| LICENSE NO WA | TAB | EXP |
|---|---|---|

ODOMETER READING  27

**(A) USED VEHICLE TRADE-IN**
YEAR 2010  MAKE TOYOTA  TRU MODEL RAV4
MILEAGE 29926  VIN JTMRF4DV1AS030115
BALANCE OWED TO TOYOTA MOTOR CREDIT CORPORATIO
LIENHOLDER'S ADDRESS  P.O. BOX 105386
ATLANTA GA 303485386

**(B) SECOND VEHICLE TRADE-IN**
YEAR    MAKE    MODEL
MILEAGE    VIN
BALANCE OWED TO
LIENHOLDER'S ADDRESS

(1) Gross trade-in allowance for (A)    $ 17000 00
    Less amount owed (lien) for (A)     $ 23755 86
(2) Gross trade-in allowance for (B)    $ N/A
    Less amount owed (lien) for (B)     $ N/A
(3) ESTIMATED NET ALLOWANCE ON Trade-In(1+2)  $ -6795 86
(4) Total Gross Trade-In Allowance (Line 1 (Gross) + Line 2 (Gross) if allowed $ 17000 00
    (carry over to line 6)

| | | | |
|---|---|---|---|
| 1 | BASE PRICE OF VEHICLE | | 40795 00 |
| 2 | Dealer Added Or Delated Options | | N/A |
| | | | |
| | | | |
| 3 | BASE PRICE OF VEHICLE AND OPTIONS (Line 1 + Line 2) | | 40795 00 |
| 4 | ESTIMATED Vehicle Excise Tax License Tag and Registration Fees (Amount) $3 acknowledges fee (In new car's \$22.50 Delate Administrative Fee) | | 270.00 |
| 5 | Bank Title Lien Release Fee | | N/A |
| 6 | DOWN PAYMENT | (A) CASH 1500.00  (B) REBATE  N/A | 1500.00 |
| 7 | ESTIMATED Net Trade-In Allowance | | -6795 86 |
| 8 | TOTAL CREDITS (6 + 7) | | -5295 86 |
| 9 | Sales Tax (Calculated on the sum of Base Price of the Vehicle and Options (line 3 minus)   Total Capital Trade-In Allowance (line 4)) | 00 2331 91 |
| 10 | Dealer Documentary Service Fee   THIS DOCUMENTARY SERVICE FEE IS A NEGOTIABLE FEE   Documentary service fees is not required by the State of Washington | | 150.00 |
| 11 | Service Contract | | 2395 00 |
| 12 | Maintenance Contract | | N/A |
| 13 | Sales Tax (For Service Contract and/or Maintenance Contract) | | 227.53 |
| 14 | Insurance (Life, Disability etc ) | | N/A |
| 15 | Other Charges  GAP | | 895 00 |
| 16 | TOTAL CASH PRICE OF VEHICLE   (3 + 4 + 5 + 9 + 10 + 11 + 12 +13 + 14 + 15) | | 47064 44 |
| 17 | UNPAID BALANCE OF CASH PRICE DUE ON DELIVERY (16 - 8) | | 52360 30 |
| 18 | UNPAID BALANCE (AMOUNT FINANCED) (16 - 8) | | 52360 30 |

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as if the disclosure campaigns, with any actual installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that Buyer has read its terms and has received a true copy of this Agreement.

If Buyer is buying the Vehicle for cash (this includes a Buyer arranging Buyer's own financing from a party other than dealer), this Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative.

If Buyer is buying the Vehicle on a credit sale transaction with Dealer evidenced by a signed retail installment sale contract, this Agreement is binding when the retail installment sale contract is signed, but will not remain binding if a third party finance source does not agree to purchase the retail installment sale contract executed by Buyer and Dealer based on this Agreement. See paragraph 12 on the other side of this Agreement.

☒ BUYER ACKNOWLEDGES THAT IF THIS BOX IS CHECKED, THIS AGREEMENT CONTAINS AN ARBITRATION CLAUSE LOCATED ON THE BACKSIDE OF THIS AGREEMENT.

BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT

BUYER SIGNS X _____   DATE 03/31/2013

CO-BUYER SIGNS X _____   DATE 03/31/2013

MANAGER'S APPROVAL _____   DATE 03/31/2013
(Must Be Accepted By An Authorized Representative of the Dealer)

**TOYOTA**
FINANCIAL SERVICES

Secured Party Name and Address:
Toyota Motor Credit Corporation
P.O. BOX 22202
OWINGS MILLS, MD 21117-1397

ACCOUNT NUMBER: ▬7610
DESCRIPTION OF VEHICLE: 2013  TOYOTA
4RUNNER
VEHICLE IDENTIFICATION NUMBER: JTEBU5JR7D5128019

03/18/14

MELANTHON IBANEZ
4240 S 122ND ST
TUKWILA              WA    98168-2587

## NOTICE OF OUR PLAN TO SELL PROPERTY

Subject: Retail Installment Contract dated 03/31/13 secured by the Vehicle described above.

We have the Vehicle because you broke promises in our agreement.

We will sell the Vehicle at private sale sometime after 04/02/14. A sale could include a lease or license.

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 279-9032.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 279-9032, or write us at P.O. BOX 22202, OWINGS MILLS, MD 21117-1397, and request a written explanation.

If you need more information about the sale call us at (800) 279-9032, or write us at P.O. BOX 22202, OWINGS MILLS, MD 21117-1397.

We are sending this notice to the following other people who have an interest in the Vehicle or who owe money under your agreement:

CARENROSE DACUMOS

| HOW TO GET YOUR VEHICLE BACK |
| --- |

You have the right to get the Vehicle back (redeem) any time before it is sold by paying us the full amount you owe (not just the past due payments), including our expenses. The REDEMPTION section on page 2 specifies the amounts that you must pay directly to Toyota Motor Credit Corporation ("TMCC"), and the amounts that you may also be required to pay directly to other third parties to redeem the Vehicle. The amounts are calculated as of the date of this notice and may be subject to change based on additional expenses incurred and/or refunds or credits received.

☐   If this box is checked, you can reinstate your contract up until the date specified in the REINSTATEMENT section on Page 2 of this notice. The REINSTATEMENT section specifies the amounts that you must pay directly to Toyota Motor Credit Corporation ("TMCC"), and the amounts that you may also be required to pay directly to other third parties to reinstate the Vehicle. The amounts are calculated as of the date of this notice and may be subject to change based on additional installments that become due or expenses incurred before you reinstate the contract. Additionally, you must resume making your monthly installment payments and comply with all other terms and conditions of your contract. We may not be required to reinstate your contract for future defaults.

Payments to redeem or reinstate may be made to TMCC at the above address, or you may call (800) 279-9032 for more information.

**\*FT2O1F\***

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation

DMS 4015 (11/13)

ACCOUNT NUMBER: ████7510-0001                          VIN: JTEBU5JR7D5128019

| REDEMPTION | REINSTATEMENT |
|---|---|
| To REDEEM the Vehicle you must pay the following amounts directly to TMCC at the address shown on page 1 (and if applicable, the amounts owed to third parties set forth below) at any time prior to the sale of the Vehicle. | |

Unpaid Gross Balance under your contract
(includes any accrued and unpaid finance charges)   $ 48,563.26

Unpaid Late Charges   $ 10.00

Costs and Expenses:

Repossession Costs   $ 225.00

Transportation Expenses   $ 110.00

Impound Fees   $ 0.00

Other: (Specify) _____ NA _____   $ 0.00

Other: (Specify) _____ NA _____   $ 0.00

TOTAL AMOUNT DUE TO TMCC TO
REDEEM AS OF _____ 3/18/2014 _____   $ 48,908.26

Plus any additional expenses incurred and less any additional refunds received.

You do not have the right to reinstate.

To REDEEM the Vehicle you may ALSO be required to pay the following amounts directly to the third party repossession agent or auction location, as applicable. You can call TMCC at (800) 279-9032 for more information regarding the current location of the Vehicle and the agent/auction's contact information.

Vehicle Storage Fee at the daily rate of _ $ 25.00 _

beginning on _ 3/12/2014 _.

Personal Property Fee*   $ 100.00

Redemption Processing Fee   $ 25.00

Other: (Specify) _____ NA _____   $ 0.00

*You may reclaim your personal property directly from the repossession agent even if you do not redeem the Vehicle or reinstate the contract.

**NOTICE. YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNTS DUE.**

**\*FT2O1H\***

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation
Page 2 of 2

CMS 4015 (11/13)

**TOYOTA**
**FINANCIAL SERVICES**
Secured Party Name and Address:
Toyota Motor Credit Corporation
P.O. BOX 22202
OWINGS MILLS, MD 21117-1397

ACCOUNT NUMBER: ▮▮▮▮▮7610
DESCRIPTION OF VEHICLE: 2013   TOYOTA
4RUNNER
VEHICLE IDENTIFICATION NUMBER: JTEBU5JR7D5128019

03/18/14

CARENROSE DACUMOS
4240 S 122ND ST
TUKWILA          WA    98168-2587

## NOTICE OF OUR PLAN TO SELL PROPERTY

Subject: Retail Installment Contract dated 03/31/13 secured by the Vehicle described above.
We have the Vehicle because you broke promises in our agreement.
We will sell the Vehicle at private sale sometime after 04/02/14.  A sale could include a lease or license.
The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.
You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 279-9032.
If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 279-9032, or write us at P.O. BOX 22202, OWINGS MILLS, MD 21117-1397, and request a written explanation.
If you need more information about the sale call us at (800) 279-9032, or write us at P.O. BOX 22202, OWINGS MILLS, MD 21117-1397.
We are sending this notice to the following other people who have an interest in the Vehicle or who owe money under your agreement:

MELANTHON IBANEZ

| HOW TO GET YOUR VEHICLE BACK |
|---|

You have the right to get the Vehicle back (redeem) any time before it is sold by paying us the full amount you owe (not just the past due payments), including our expenses. The REDEMPTION section on page 2 specifies the amounts that you must pay directly to Toyota Motor Credit Corporation ("TMCC"), and the amounts that you may also be required to pay directly to other third parties to redeem the Vehicle. The amounts are calculated as of the date of this notice and may be subject to change based on additional expenses incurred and/or refunds or credits received.

☐   If this box is checked, you can reinstate your contract up until the date specified in the REINSTATEMENT section on Page 2 of this notice. The REINSTATEMENT section specifies the amounts that you must pay directly to Toyota Motor Credit Corporation ("TMCC"), and the amounts that you may also be required to pay directly to other third parties to reinstate the contract. The amounts are calculated as of the date of this notice and may be subject to change based on additional installments that become due or expenses incurred before you reinstate the contract. Additionally, you must resume making your monthly installment payments and comply with all other terms and conditions of your contract. We may not be required to reinstate your contract for future defaults.

Payments to redeem or reinstate may be made to TMCC at the above address, or you may call (800) 279-9032 for more information.

**\*FT2OOB\***

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation

Page 1 of 2

04S 4015 (11/13)

ACCOUNT NUMBER: ▓▓▓▓7610-0001  VIN: JTEBU5JR7D5128019

| REDEMPTION | REINSTATEMENT |
|---|---|
| To REDEEM the Vehicle you must pay the following amounts directly to TMCC at the address shown on page 1 (and if applicable, the amounts owed to third parties set forth below) at any time prior to the sale of the Vehicle. | |

Unpaid Gross Balance under your contract
(includes any accrued and unpaid finance charges) — $ 48,563.26

Unpaid Late Charges — $ 10.00

**Costs and Expenses:**

Repossession Costs — $ 225.00

Transportation Expenses — $ 110.00

Impound Fees — $ 0.00

Other: (Specify) NA — $ 0.00

Other: (Specify) NA — $ 0.00

**TOTAL AMOUNT DUE TO TMCC TO REDEEM AS OF** 3/18/2014 — $ 48,908.26

Plus any additional expenses incurred and less any additional refunds received.

To REDEEM the Vehicle you may ALSO be required to pay the following amounts directly to the third party repossession agent or auction location, as applicable. You can call TMCC at (800) 279-9032 for more information regarding the current location of the Vehicle and the agent/auction's contact information.

Vehicle Storage Fee at the daily rate of $ 25.00

beginning on 3/12/2014 .

Personal Property Fee* — $ 100.00

Redemption Processing Fee — $ 25.00

Other: (Specify) NA — $ 0.00

*You may reclaim your personal property directly from the repossession agent even if you do not redeem the Vehicle or reinstate the contract.

You do not have the right to reinstate.

## NOTICE. YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNTS DUE.



**TOYOTA**
FINANCIAL SERVICES
P.O BOX 2958, MAIL STOP WF22
TORRANCE, CA 90509-2958

ACCOUNT NUMBER ████████610-0001

04/23/14

MELANTHON IBANEZ
4240 S 122ND ST
TUKWILA          WA   98168-2587

Dear MELANTHON IBANEZ:

As shown on the enclosed form, a balance of $ 13,593.35 currently remains due on your account. Under the terms of your contract, you are responsible for payment of this amount.

Please call the Central Recovery Department at our toll free number (800) 826-9467 to make payment arrangements. Please be sure to include your account number on your check and submit any payments to:

TOYOTA MOTOR CREDIT CORPORATION
P.O.BOX 5236
CAROL STREAM, IL 60197-5236

Sincerely,

TOYOTA MOTOR CREDIT CORPORATION
(800) 826-9467
9am - 7pm ET, Monday - Friday

We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*FTCY9P\***

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

DMS 4005 (07/13)

 **TOYOTA**
**FINANCIAL SERVICES** sм

## TOYOTA MOTOR CREDIT CORPORATION
PO BOX 5236
CAROL STREAM, IL 60197-5236
(800) 826-9467; 9am – 7pm ET, Monday through Friday

## EXPLANATION OF CALCULATION OF SURPLUS OR DEFICIENCY

| DATE | ACCOUNT NUMBER | YEAR | MAKE | MODEL / DESCRIPTION | VEHICLE IDENTIFICATION NUMBER | DATE OF SALE |
|---|---|---|---|---|---|---|
| 04/23/14 | ▮▮▮▮▮7610-0001 | 2013 | TOYOTA | 4RUNNER | JTEBU5JR7D5128019 | 04/07/14 |

| BUYER NAME AND ADDRESS | CO-BUYER NAME AND ADDRESS |
|---|---|
| MELANTHON IBANEZ<br>4240 S 122ND ST<br>TUKWILA          WA   98168-2587 | CARENROSE DACUMOS<br>4240 S 122ND ST<br>TUKWILA          WA   98168-2587 |
| | DEALER NAME |
| | TOYOTA OF RENTON |

**Gross Obligation**

| | | | |
|---|---|---|---|
| Proceeds of Disposition (Sale): | | + | $ 48,617.10 |
| Net Obligation after Application of Proceeds of Disposition (Sale): | | - | $ 33,500.00 |
| | | = | $ 15,117.10 |

**Costs and Expenses of Collection, Repossession and Sale:**

| | | |
|---|---|---|
| Retaking/Transporting/Storing | + | $ 335.00 |
| Reconditioning | + | $ 83.00 |
| Title/Registration | + | $ 0.00 |
| Auction Fees | + | $ 114.50 |
| Attorneys Fees | + | $ 0.00 |
| Unpaid Late Charges | + | $ 0.00 |
| N/A | + | $ 0.00 |
| N/A | + | $ 0.00          + | $ 532.50 |

**Credits to Customer Not Included in Gross Obligation:**

| | | |
|---|---|---|
| Unearned Premium (Prepaid Maintenance) | + | $ 0.00 |
| Unearned Premium (Credit Life/Disability) | + | $ 0.00 |
| Unearned Premium (Service Contract) | + | $ 2,056.25 |
| Unearned Premium (GAP/DCA) | + | $ 0.00 |
| Unearned Premium (LoJack) | + | $ 0.00 |
| Dealer Funds (You may owe this amount to the Dealer.) | + | $ 0.00 |
| N/A | + | $ 0.00 |
| N/A | + | $ 0.00          - | $ 2,056.25 |

| | | |
|---|---|---|
| **Amount of Surplus or Deficiency:** (Surplus is shown as a negative number. Deficiency is shown as a positive number.) | = | $ 13,593.35 |
| **AMOUNT OF DEFICIENCY OWED BY CUSTOMER:** | | $ 13,593.35 |

**If Surplus Exists, Amount Paid to Subordinate Lienholders:**

| | | |
|---|---|---|
| To: N/A | | $ 0.00 |
| **NET AMOUNT OF SURPLUS PAYABLE TO CUSTOMER:** | | $ 0.00 |

Future debits, credits, charges, including additional finance charges, rebates and expenses may affect the amount of the surplus or deficiency. For further information about this Explanation or your Account, please contact us at the above telephone number/address.

We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*FTCY9P\***

Authenticated by Toyota Motor Credit Corporation

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

DMS 4065 (07/13)

**⊕ TOYOTA**
**FINANCIAL SERVICES**
P.O BOX 2958, MAIL STOP WF22
TORRANCE, CA 90509-2958

ACCOUNT NUMBER ████████7610-0001

04/23/14

CARENROSE DACUMOS
4240 S 122ND ST
TUKWILA          WA   98168-2587

Dear CARENROSE DACUMOS:

As shown on the enclosed form, a balance of $ 13,593.35 currently remains due on your account. Under the terms of your contract, you are responsible for payment of this amount.

Please call the Central Recovery Department at our toll free number (800) 826-9467 to make payment arrangements. Please be sure to include your account number on your check and submit any payments to:

TOYOTA MOTOR CREDIT CORPORATION
P.O.BOX 5236
CAROL STREAM, IL 60197-5236

Sincerely,

TOYOTA MOTOR CREDIT CORPORATION
(800) 826-9467
9am – 7pm ET, Monday – Friday

---

We may report information about your account to the credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

**\*FTCY9P\***

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

DMS 4005 (07/13)



**TOYOTA FINANCIAL SERVICES**

# TOYOTA MOTOR CREDIT CORPORATION
## PO BOX 5236
## CAROL STREAM, IL 60197-5236
### (800) 826-9467; 9am - 7pm ET, Monday through Friday

## EXPLANATION OF CALCULATION OF SURPLUS OR DEFICIENCY

| DATE | ACCOUNT NUMBER | YEAR | MAKE | MODEL / DESCRIPTION | VEHICLE IDENTIFICATION NUMBER | DATE OF SALE |
|------|----------------|------|------|---------------------|-------------------------------|--------------|
| 04/23/14 | ▓▓▓▓610-0001 | 2013 | TOYOTA | 4RUNNER | JTEBU5JR7D5128019 | 04/07/14 |

| BUYER NAME AND ADDRESS | CO-BUYER NAME AND ADDRESS |
|------------------------|---------------------------|
| MELANTHON IBANEZ<br>4240 S 122ND ST<br>TUKWILA          WA  98168-2587 | CARENROSE DACUMOS<br>4240 S 122ND ST<br>TUKWILA          WA  98168-2587 |
| | DEALER NAME<br>TOYOTA OF RENTON |

**Gross Obligation**

| | | |
|---|---|---|
| | + | $ 48,617.10 |
| Proceeds of Disposition (Sale): | - | $ 33,500.00 |
| Net Obligation after Application of Proceeds of Disposition (Sale): | = | $ 15,117.10 |
| Costs and Expenses of Collection, Repossession and Sale: | | |
| Retaking/Transporting/Storing | + $ 335.00 | |
| Reconditioning | + $ 83.00 | |
| Title/Registration | + $ 0.00 | |
| Auction Fees | + $ 114.50 | |
| Attorneys Fees | + $ 0.00 | |
| Unpaid Late Charges | + $ 0.00 | |
| N/A | + $ 0.00 | |
| N/A | + $ 0.00 | + $ 532.50 |
| **Credits to Customer Not Included In Gross Obligation:** | | |
| Unearned Premium (Prepaid Maintenance) | + $ 0.00 | |
| Unearned Premium (Credit Life/Disability) | + $ 0.00 | |
| Unearned Premium (Service Contract) | + $ 2,056.25 | |
| Unearned Premium (GAP/DCA) | + $ 0.00 | |
| Unearned Premium (LoJack) | + $ 0.00 | |
| Dealer Funds (You may owe this amount to the Dealer.) | + $ 0.00 | |
| N/A | + $ 0.00 | |
| N/A | + $ 0.00 | - $ 2,056.25 |
| Amount of Surplus or Deficiency: (Surplus is shown as a negative number. Deficiency is shown as a positive number.) | = | $ 13,593.35 |
| AMOUNT OF DEFICIENCY OWED BY CUSTOMER: | | $ 13,593.35 |
| If Surplus Exists, Amount Paid to Subordinate Lienholders: | | |
| To: N/A | | $ 0.00 |
| NET AMOUNT OF SURPLUS PAYABLE TO CUSTOMER: | | $ 0.00 |

Future debits, credits, charges, including additional finance charges, rebates and expenses may affect the amount of the surplus or deficiency. For further information about this Explanation or your Account, please contact us at the above telephone number/address.

> We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

# *FTCY9P*

Authenticated by Toyota Motor Credit Corporation

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

DMS 4005 (07/12)

# Primeritus Financial Services

440 Metroplex Dr
Nashville, TN 37211-3109
Vendor # Remit# = 7450654-1

P - (615) 782-2506 F - (615) 332-5056

Invoice # 7450654 - 1

Ref # 7450654-1
Loc: Primeritus Financial
Services

Date: 03/14/2014

| Legal Owner | | Legal Acct #: | |
|---|---|---|---|
| **Bill To:** Toyota Financial Services 3200 West Ray Road Chandler, AZ 85226 | | **Client** Toyota Financial Services 3200 West Ray Road Chandler, AZ 85226 | |
| Rep Name: TFS Representative | | | |
| Customer No.: CSC Western | | Customer No.: CSC Western | |
| **Debtor.** IBANEZ, MELANTHON SS#: Acct # ████76100001 Date Received 03/12/2014 10 02 16 | **Year** 2013 **Make.** Toyota (Japan) **Model** 4RUNNER **VIN:** JTEBU5JR7D5128019 | **Date Recovered** 03/13/2014 06 46 00 **Recovered From** 150 SW 7th St Renton, WA 98057 | |

| Service Type: | Comments: | Amount: |
|---|---|---|
| Voluntary Repossession | | $225 00 |

Invoice#00000813215

## Comments

**Due Date: 03/14/2014**

Remit To Primeritus Financial Services
440 Metroplex Dr
Nashville, TN 37211-3109

| | |
|---|---|
| Subtotal before taxes | $225 00 |
| Total Taxes | $0 00 |
| Total Amount | $225 00 |
| Payment Received | $0 00 |
| Amount Due | $225 00 |

## INVOICE

*Pete Pierce* MAR 28 2014

Acct Name: _____
Acct #: _____
Tran Code ___ *RT rep*
Approval *Pete Pierce* MAR 28 2014
Check Printed
Check # *[047691011]*

# EXHIBIT S

FILED

16 APR 25 PM 2:05

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-26288-4 KNT

1

Hon. William Downing
Noted for hearing (without oral argument):
April 29, 2016 at 10:30 am

2

3

4

5

6

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

7   CAREN DACUMOS
                    Plaintiff,

8              vs.

9   PATENAUDE & FELIX, A.P.C. and
10  TOYOTA MOTOR CREDIT
    CORPORATION
11                  Defendants.

12

No. 15-2-26288-2 SEA

DEFENDANT TOYOTA'S REPLY ON
MOTION FOR SUMMARY JUDGMENT

13                      **I. INTRODUCTION**

14          The defendant Toyota Motor Credit Corporation ("Toyota") is entitled to summary

15  judgment dismissal. The plaintiff Caren Dacumos ("Dacumos") has conceded that she does not

16  have claims against Toyota under the Fair Debt Collection Practices Act or Washington

17  Collection Agency Act. The plaintiff only alleges a single cause of action against Toyota under

18  Washington's Consumer Protection Act ("CPA") based solely on the allegation that exhibits

19  attached to a declaration offered by Toyota, and filed by Toyota's counsel, contained personal

20  information that was not redacted. The inadvertent filing of this information was swiftly

21  corrected by Toyota's counsel when called to its attention, and is not the basis of a CPA claim.

22                  **II. ARGUMENT AND AUTHORITY**

23      **A.    The underlying facts that allegedly form the basis of the CPA claim are
                undisputed and quite simple.**

24          Dacumos attempts to complicate and confuse the facts to support her changing theories

25  of liability, but the underlying facts are not in dispute and are quite simple:

DEFENDANT TOYOTA'S REPLY ON MOTION FOR
SUMMARY JUDGMENT - 1

**PATENAUDE & FELIX, A.P.C.**
19401 40th Ave W, Ste. 280 Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

1.      Toyota provided Patenaude with a Declaration and the supporting exhibits. Greenhaw Dec.

2.      Patenaude, as Toyota's legal counsel, filed the Declaration, but inadvertently did not redact personal information. Cheung Toyota Dec. at ¶ 5.

3.      The inadvertent filing of un-redacted material was first brought to Toyota and Patenaude's attention when Dacumos initiated this lawsuit. The inadvertent error was quickly corrected by Patenaude. Cheung Toyota Dec. at ¶ 5.

4.      Toyota relied on legal counsel to ensure documents filed with the Court comply with State Court's rules, including rules pertaining to redaction. Greenhaw Dec. at ¶ 4-7.

The plaintiff asserts CPA claims against Toyota and Patenaude based solely on the filing of this un-redacted document. In her Response to Toyota's Motion for Summary Judgment, however, she concedes that there is no independent CPA claim against Toyota, and now believes that Toyota can be held vicariously liable for her CPA claim against Patenaude. The plaintiff did not plead vicarious liability and has not moved to amend the pleadings.

"Although inexpert pleading has been allowed under the civil rule, insufficient pleading has not." *Lewis v. Bell*, 45 Wn. App. 192, 197, 724 P.2d 425 (1986); *Dewey v. Tacoma Sch. Dist. No. 10*, 95 Wn. App. 18, 974 P.2d 847 (1999). "A plaintiff may not amend his complaint through arguments in his brief in opposition to a motion for summary judgment." *Kirby v. City of Tacoma*, 124 Wn. App. 454, 472, 98 P.3d 827 (2004). The plaintiff has not brought a motion to amend her Complaint against Toyota, so the court should not consider it. In addition, even if a motion to amend the pleadings has been brought, it would be properly denied as futile. *Herron v. Tribune Publ'g Co.*, 108 Wn.2d 162, 165, 736 P.2d 249 (1987); *Shelton v. Azar, Inc.*, 90 Wn. App. 923, 928, 954 P.2d 352 (1998) ("amendment of respondents' complaint, therefore, was futile. The trial court abused its discretion when it granted the motion to amend").

1

2    The plaintiff knew what Toyota would be arguing from the last motion to dismiss, and
3    did not take any action to amend. The only cause of action before the court is the CPA claim
     based on un-redacted documents. That cause of action should be dismissed.
4
5        **B.    There is no legal authority to support a cause of action under the CPA for
                 the inadvertent filing of a document that contains un-redacted information,
6                and there is no other claim against Toyota.**

7        Dacumos does she provide any legal authority to support her theory that filing an un-
     redacted document can form the basis of a CPA claim. The reason is because there is none, and
8
     there are decisions around the country where Courts have determined that there is no
9
     independent cause of action for failing to redact a social security number in filed documents.
10
     *See Elyazidi v. SunTrust Bank*, 780 F.3d 227, 232 (4th Cir. 2015) (affirming dismissal of a
11
     claim under 15 U.S.C. § 1692f(1) on a Rule 12(b)(6) motion and finding such inadvertent
12
     disclosure in litigation neither unfair nor unconscionable). While she spends significant briefing
13
     to explain a new theory as to why Toyota could be held vicariously liable for the CPA claim
14
     that she brought against Patenaude, she fails to explain how the inadvertent filing of a
15
     document that contains un-redacted information can even form the basis of a CPA claim.
16
         Under established Washington State law, clients are generally not liable for their
17
     attorney's actions. *See Evans v. Steinberg*, 40 Wn. App. 585, 588, 699 P.2d 797 (1985)
18
     ("Continental is not liable for the acts of the defense attorneys who were acting as independent
19
     contractors"); *Fite v. Lee*, 11 Wn. App. 21, 521 P.2d 964 (1974) (spouse in a dissolution action
20
     not liable for writs of garnishment improperly issued by her attorney); *Stephens v. Omni Ins.*
21
     *Co.,* 138 Wn. App. 151, 183, 159 P.3d 10 (2007) (in collection action, court declined to find
22
     vicarious liability where "Omni had no right of control over Credit's means of collection. The
23
     right to control is indispensable to vicarious liability").
24

25

DEFENDANT TOYOTA'S REPLY ON MOTION FOR
SUMMARY JUDGMENT - 3

**PATENAUDE & FELIX, A.P.C.**
19401 40th Ave W, Ste. 280 Lynnwood, WA 98036
Tel: (425) 361-1662   Toll Free: (800) 832-7675

1

Dacumos cites *Chicago Title Insur. Co. v. Washington State Office of Ins. Com'r*, 178

2

Wn.2d 120, 309 P.3d 372 (2013) to support her theory that a client can be held liable for their

3

attorney's action. But this case is not applicable because it deals with the relationship between

4

an insurance company and their authorized agent. This is clearly different than an attorney-

5

client relationship. Interestingly, the defendant cites *Demopolis v. Peoples Nat. Bank of*

6

*Washington*, 59 Wn. App. 105, 118, 796 P.2d 426, 433 (1990) to argue that the attorney-client

7

relationship should be treated as one of principal-agent. In *Demopolis*, the Court also cites

8

*Evans v. Steinberg* and *Fite v. Lee* in affirming the dismissal of Peoples (the client) and

9

agreeing that a client should not be held liable for their attorney's actions. *Id*. at 118.

10

She adds to her misguided theory of vicarious liability by citing *Huy Thanh Vo v.*

11

*Nelson & Kennard*, 931 F.Supp.2d 1080 (E.D. Cal. 2013), which was an opinion on a 12(b)(6)

12

motion. The legal standard on a 12(b)(6) motion is very different than on a motion for summary

13

judgment. More relevant would be *Gold v. Midland Credit Management, Inc*., 82 F.Supp.3d

14

1064, 1073 (N.D. Cal. 2015), where the Court specifically declined to follow *Huy Thanh Vo* on

15

a Motion for Summary Judgment. The Court, after citing numerous decisions where vicarious

16

liability can only be applied if the client is itself a debt collector, stated, "The Court is

17

persuaded by the weight of opinion restricting FDCPA liability – whether primary or secondary

18

– to entities that fit the statutory definition of "debt collector" set forth in 1692a(6). Because

19

Midland Funding does not fit such definition, it cannot be held vicariously liable for MCM's

20

collection activities." *Id*. There is no vicarious liability for Toyota.

21

Dacumos argues that litigation privilege applies only to a witness's testimony, but does

22

not explain why it would not apply to her independent CPA claim against Toyota, which is

23

based entirely on Toyota's Declaration. Instead, Dacumos argues that litigation privilege does

24

not apply to statutory claims, but she does not provide any authority to support this position.

25

**PATENAUDE & FELIX, A.P.C.**
19401 40th Ave W, Ste. 280 Lynnwood, WA 98036
Tel: (425) 361-1662   Toll Free: (800) 832-7675

Moreover, in attempting to explain why litigation privilege should not apply, she relies primarily on straw man arguments and confusing statements that have no applicability to Toyota. For example, Dacumos argues:

(1)    "Defendants' argument is untenable, and would lead to the absurd result where the legislature created a statute regulating collection agencies' conduct in litigation but which is simultaneously unenforceable due to "privilege," incentivizing collection agencies to file lawsuits as quickly as possible to achieve immunity." (Response pg. 22, lines 4-7)

(2)    "Applying litigation privilege **to absolve debt collectors of all conduct**" in the course of debt-collection lawsuits would (1) encourage *en masse* filing of lawsuits against debtors to immunize all future conduct, (2) encourage a multiplicity of CR 11 motions to reign in abusive conduct, and (3) ignore the entire statutory mandate that debt collectors follow the rules established by the legislature." (Response pg. 24-25, lines 21-2)

(3)    "Litigation privilege does not apply to immunize debt collectors from wrongful conduct prohibited by the Washington legislature and Supreme Court." (Response pg. 25, lines 4-6)

Toyota is neither a debt collector nor a collection agency, so her arguments as to why litigation privilege should not apply to her CPA claim against Toyota are simply wrong.

## III. CONCLUSION

The plaintiff has one claim against Toyota, did not plead vicarious liability, and did not move to amend. The Court has only one issue before it. The Court should dismiss Toyota from this case because the inadvertent filing of an un-redacted document is not a violation of the CPA and, even if it were, Toyota is not vicariously liable for the acts of its attorney.

DATED this 25th day of April, 2016.

PATENAUDE & FELIX, A.P.C.

By: /s/ Matthew Cheung
     Matthew Cheung, WSBA #43067
     Attorney for Defendant Toyota

DEFENDANT TOYOTA'S REPLY ON MOTION FOR
SUMMARY JUDGMENT - 5

**PATENAUDE & FELIX, A.P.C.**
19401 40th Ave W, Ste. 280 Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free: (800) 832-7675

## DECLARATION OF SERVICE

I, Matthew Cheung, caused a copy of the defendant Toyota's Reply Motion for Summary Judgment to be served upon the following individual in the manner indicated below:

Tyler Santiago
Anderson Law of King County, PLLC
787 Maynard Ave S, Suite 201
Seattle, WA 98104

[x] Email to tyler@alkc.net

Marc Rosenberg
Lee Smart, PS, INC
1800 One Convention Place
701 Pike Street
Seattle, WA 98101

[x] Email to mr@leesmart.com

DATED this 25th day of April, 2016

PATENAUDE & FELIX, A.P.C.

*/s/ Matthew Cheung*

Matthew Cheung, WSBA #43067
Attorney for Defendant Toyota
Patenaude & Felix, A.P.C.
19401 40th Ave W, Ste. 280
Lynnwood, WA 98036

# EXHIBIT T

FILED

16 JUN 28 PM 12:49

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-13622-4 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | Case No.: 15-2-13622-4 KNT |
| Plaintiff, | **MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AGAINST CARENROSE DACUMOS** |
| vs. | |
| MELANTHON IBANEZ and CARENROSE DACUMOS, | |
| Defendants. | |

COMES NOW, the plaintiff, TOYOTA MOTOR CREDIT CORPORATION by and through their attorney of record, Patenaude & Felix, A.P.C., respectfully moves the court for an order dismissing this action against CARENROSE DACUMOS because the moving party no longer wants the relief requested in the Summons and Complaint for the following reason(s):

1. The plaintiff does not intend to take further legal action against CARENROSE DACUMOS. Accordingly, Superior Court action is no longer necessary.

Dated this: 06/28/2016

MATTHEW CHEUNG, WSBA #43067
Attorney for Plaintiff

-1-

MOTION FOR ORDER OF DISMISSAL

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662  Toll Free (800) 832-7675

WA_10B Mtn for Ord Dismissal              P&F File No. 14-50111

# EXHIBIT U

15-2-13622-4, KNT

FILED
KING COUNTY, WASHINGTON

JUN 2 9 2016

DEPARTMENT OF
JUDICIAL ADMINISTRATION

EXP07

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| TOYOTA MOTOR CREDIT CORPORATION | Case No.: 15-2-13622-4 KNT |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE AGAINST CARENROSE DACUMOS** |
| vs. | |
| MELANTHON IBANEZ and CARENROSE DACUMOS, | |
| Defendants. | |

THIS MATTER having come on regularly before the undersigned as one of the Judges of the above-entitled Court, and the plaintiff, TOYOTA MOTOR CREDIT CORPORATION, being represented by its attorney of record,  PATENAUDE & FELIX, A.P.C., and requesting a dismissal pursuant to CR 41 as to defendant,  CARENROSE DACUMOS, and no counterclaim having been filed, and the Court being fully advised, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiff's Complaint as to the defendant, CARENROSE DACUMOS, as herein stated, is hereby

/ / /

-1-

**ORDER OF DISMISSAL**

PATENAUDE & FELIX, A.P.C.
19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
Tel: (425) 361-1662   Toll Free (800) 832-7675

WA_I0 Order of Dsml                                    P&F File No. 14-50111

15-2-13622-4, KNT

1  dismissed WITH prejudice and without an award of costs or fees.

2       ENTERED this_____ day of _____6/29/16_____, 20____.

3

4                                              _____
                                               JUDGE/COURT COMMISSIONER
5

6                                              **HENRY H. JUDSON**

7  Presented by:
                                               JUN 2 9 2016
8  **PATENAUDE & FELIX, A.P.C.**
                                               COURT COMMISSIONER
9

10

11 _____
   MATTHEW CHEUNG, WSBA #43067
12 Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -2-
   **ORDER OF DISMISSAL**

                                               PATENAUDE & FELIX, A.P.C.
                                     19401 40th Avenue West, Suite 280, Lynnwood, WA 98036
                                        Tel: (425) 361-1662   Toll Free (800) 832-7675

WA_10 Order of Dsml              P&F File No. 14-50111