SaraEllen M. Hutchison
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone:    (206) 529-5195
Facsimile:    (253) 302-8486
Email:        saraellen@saraellenhutchison.com

Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA  99201
Telephone:    509-327-2224
Facsimile:    888-840-6003
Email:        bobmitchellaw@yahoo.com

*Attorneys for Plaintiff, Caren Rose Dacumos*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAREN ROSE DACUMOS,<br><br>Plaintiff,<br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation, EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendants. | NO. 2:17-cv-00964-RSM<br><br>STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Plaintiff Caren Rose Dacumos, by counsel, and Defendant Equifax Information Services, LLC, by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause

STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX
2:17-cv-0964 RSM

1

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003

of action against Equifax Information Services, LLC only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date: January 10, 2018  S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

Date: January 10, 2018  S//Robert W. Mitchell
ROBERT W. MITCHELL (WSBA #37444)
ROBERT MITCHELL, ATTORNEY AT LAW PLLC
700 W. Evergreen Blvd.
Vancouver, WA 98660
Telephone:  360-993-5000
Facsimile:  888-840-6003 Fax
Email:  bobmitchelllaw@yahoo.com

*Attorneys for Plaintiff Caren Rose Dacumos*

Date: January 10, 2018  /s/Jeffrey M. Edelson
Jeffrey M. Edelson (WSBA #37361)
Markowitz Herbold PC
1211 SW Fifth Avenue Suite 3000
Portland, OR 97204-3730
Tel. (503) 295-3085
Fax (503) 323-9105
JeffEdelson@markowitzherbold.com

*Attorney for Defendant Equifax Information Services LLC*

STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX
2:17-cv-0964 RSM

2

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003

IT IS SO ORDERED.

Dated this 11th day of January, 2018.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX
2:17-CV-964 RSM

3

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003