SaraEllen M. Hutchison
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone:     (206) 529-5195
Facsimile:     (253) 302-8486
Email:         saraellen@saraellenhutchison.com

Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA  99201
Telephone:     509-327-2224
Facsimile:     888-840-6003
Email:         bobmitchellaw@yahoo.com

*Attorneys for Plaintiff, Caren Rose Dacumos*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAREN ROSE DACUMOS,<br><br>Plaintiff,<br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation, EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendants. | NO.  2:17-cv-00964-RSM<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Plaintiff Caren Rose Dacumos, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's

STIPULATION AND ORDER OF
DISMISSAL OF EXPERIAN
2:17-cv-0964 RSM

1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington, Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003

cause of action against Experian Information Solutions, Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date: <u>January 11, 2018</u>　　　　S//SaraEllen Hutchison
　　　　　　　　　　　　　　　　　SARAELLEN HUTCHISON (WSBA #36137)
　　　　　　　　　　　　　　　　　LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
　　　　　　　　　　　　　　　　　2367 Tacoma Avenue South
　　　　　　　　　　　　　　　　　Tacoma, WA 98402
　　　　　　　　　　　　　　　　　Telephone: (206) 529-5195
　　　　　　　　　　　　　　　　　Facsimile: (253) 302-8486
　　　　　　　　　　　　　　　　　Email: saraellen@saraellenhutchison.com

Date: <u>January 11, 2018</u>　　　　S//Robert W. Mitchell
　　　　　　　　　　　　　　　　　ROBERT W. MITCHELL (WSBA #37444)
　　　　　　　　　　　　　　　　　ROBERT MITCHELL, ATTORNEY AT LAW PLLC
　　　　　　　　　　　　　　　　　700 W. Evergreen Blvd.
　　　　　　　　　　　　　　　　　Vancouver, WA 98660
　　　　　　　　　　　　　　　　　Telephone:　360-993-5000
　　　　　　　　　　　　　　　　　Facsimile:　888-840-6003 Fax
　　　　　　　　　　　　　　　　　Email:　　　bobmitchellaw@yahoo.com

*Attorneys for Plaintiff Caren Rose Dacumos*

Date: <u>January 11, 2018</u>　　　　S//Katherine A. Neben
　　　　　　　　　　　　　　　　　KATHERINE A. NEBEN (CA Bar #263099, Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　3161 Michelson Drive, Suite 800
　　　　　　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　　　　　　Telephone: (949) 851-3939
　　　　　　　　　　　　　　　　　Fax:　(949) 553-7539
　　　　　　　　　　　　　　　　　kneben@jonesday.com

STIPULATION AND ORDER OF DISMISSAL OF EXPERIAN
2:17-cv-0964 RSM

2

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

Date: January 11, 2018

S//Rachel Groshong
RACHEL GROSHONG (WSBA #47021)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 386-7545
Fax: (206) 386-7500
Email: rachel.groshong@stoel.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 11th day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX
2:17-CV-964 RSM

3

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003