UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAREN ROSE DACUMOS, | Case No. C17-0964RSM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO COMPEL AS MOOT |
| TOYOTA MOTOR CREDIT CORPORATION, *et al.*, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion to Compel. Dkt. #32. Although the Court does not condone gamesmanship with respect to discovery, the Court finds this motion to be moot. Since the time the motion was filed, the Court has granted Defendant Toyota Motor Credit Corporation judgment on the pleadings, and dismissed the cause of action against it with leave to amend. Dkt. #33. Unless and until Plaintiff files an Amended Complaint and this matter proceeds, discovery is no longer at issue. Accordingly, Plaintiff's motion to compel (Dkt. #32) is DENIED. Likewise, the subsequently-filed motion to amend the motion to compel (Dkt. #50) is also DENIED as moot.

DATED this 12 day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1