UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREN ROSE DACUMOS,

Plaintiff,

vs.

TOYOTA MOTOR CREDIT CORPORATION, a California Corporation; and PATENAUDE & FELIX, A.P.C., a California Professional Corporation,

Defendants.

No. C17-0964 RSM

ORDER ON JOINT MOTION FOR RE-ISSUANCE OF PRELIMINARY DISCOVERY ORDER; AND FOR A NEW CASE SCHEDULING ORDER

THIS MATTER, having come before the Court on the Parties Joint Motion for re-issuance of a Preliminary Discovery Order, and for a New Case Scheduling Order, and the Court having reviewed the records and files herein, and specifically:

1. The Parties Joint Motion for re-issuance of a Preliminary Discovery Order, and for a New Case Scheduling Order;

2. The initial Complaint, (Dkt 1);

3. The current Case Scheduling Order, (Dkt 14);

4. The Order on Motion to Dismiss, (Dkt 33);

5. The Order of Dismissals on Equifax and Experian, (Dkt 45, 48);

6. The Amended Complaint, (Dkt 52); and

7. The Notice of Appearance for Patenaude & Felix, A.P.C., (Dkt 58);

ORDER ON JOINT MOTION FOR RE-ISSUANCE OF
PRELIMINARY DISCOVERY ORDER; AND FOR A
NEW CASE SCHEDULING ORDER - 1

and the Court being fully advised in the premises, now, therefore, it is ORDERED that the Parties Joint Motion for re-issuance of a Preliminary Discovery Order, and for a New Case Scheduling Order is hereby GRANTED.

1. The existing trial date and all pre-trial deadlines are hereby STRICKEN.
2. The Court hereby SETS new JSR deadlines as follows:
    - 03/01/18   Rule 26(f) Conference
    - 03/08/18   Rule 26(a) Initial Disclosures
    - 03/15/18   Joint Status report and Discovery Plan
3. The Clerk SHALL issue a new Case Scheduling Order upon receipt of the Parties' Joint Status Report and Discovery Plan.

DATED this 16th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE