# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAREN ROSE DACUMOS, Plaintiff, v. TOYOTA MOTOR CREDIT CORPORATION, a California Corporation, and PATENAUDE & FELIX, A.P.C., a California Professional Corporation, Defendants. | NO. 2:17-cv-00964-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF DEADLINE |

THIS MATTER came before the Court upon the Parties' Stipulated Motion for Modification of Deadline. The Court considered the following:

1. Stipulated Motion for Modification of Deadline.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulated Motion for Modification of Deadline is GRANTED. The deadline to file the Joint Status Report and Discovery Plan is modified from March 15, 2018 to April 16, 2018.

DATED this 14th date of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR MODIFICATION OF DEADLINE
2:17-CV-00964-RSM

1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

PRESENTED BY:


ROBERT W. MITCHELL, ATTORNEY AT LAW

By: s/ Robert W. Mitchell
Robert W. Mitchell, WSBA No. 37444
Of Attorneys for Plaintiff
Caren Dacumos

1020 N. Washington
Spokane, WA 99201
(509) 327-2224
bobmitchellaw@gmail.com

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC

By: s/ SaraEllen Hutchison
SaraEllen Hutchison, WSBA No. 36137
Of Attorneys for Plaintiff
Caren Dacumos

2367 Tacoma Avenue South
Tacoma, WA 98402
(206) 529-5195
saraellen@saraellenhutchison.com

REED SMITH LLP

By: s/ Zachary Frampton (via consent)
Zachary Frampton, pro hac vice
Of Attorneys for Defendant
Toyota Motor Credit Corporation

355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
zframpton@reedsmith.com

LANE POWELL PC

By: s/ Abraham Lorber (via consent)
Abraham Lorber, WSBA No. 40668

ORDER FOR MODIFICATION OF DEADLINE  2
2:17-CV-00964-RSM

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

| | |
|---|---|
| 1 | Of Attorneys for Defendant |
| 2 | Toyota Motor Credit Corporation |
| 3 | 1420 5th Ave., Suite 4200 |
| | Seattle, WA 98111 |
| 4 | (206) 223-7434 |
| | lorbera@lanepowell.com |
| 5 | LEE SMART, P.S., INC. |
| 6 | By: s/ Marc Rosenberg (via consent) |
| 7 | Marc Rosenberg, WSBA No. 31034 |
| | Of Attorneys for Defendant |
| 8 | Patenaude & Felix, A.P.C. |
| 9 | 1800 One Convention Place |
| | 701 Pike Street |
| 10 | Seattle, WA 98101 |
| 11 | (206) 624-7990 |
| | mr@leesmart.com |

ORDER FOR MODIFICATION OF DEADLINE 3
2:17-CV-00964-RSM

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003