SaraEllen M. Hutchison (WSBA # 36137)
Law Office Of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (877) 485-4893
Email: saraellen@saraellenhutchison.com

Robert W. Mitchell (WSBA # 37444)
Robert W. Mitchell, Attorney at Law, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone: (509) 327-2224
Facsimile: (888) 840-6003
Email: bobmitchellaw@gmail.com

The Honorable Ricardo S. Martinez

*Attorneys for Plaintiff, Caren Rose Dacumos*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CAREN ROSE DACUMOS,<br><br>         Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation, EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>         Defendants. | NO. 2:17-cv-00964-RSM<br><br>**NOTICE OF APPEAL** |

Plaintiff, CAREN ROSE DACUMOS, gives notice that Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the District Court's December 15, 2017, Order Granting Defendant Toyota Motor Credit Corporation's Motion for Judgment on the Pleadings (ECF No. 33), and the District Court's May 3, 2018, Order Granting Defendant Toyota Motor Credit Corporation's Motion to Dismiss (ECF No. 72).

PLAINTIFF'S NOTICE OF APPEAL     1

**Law Office Of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (877) 485-4893

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

Plaintiff does not appeal as to Defendant, Pattenaude & Felix, as the parties have resolved their claims.

Plaintiff's appeal is limited to the Court's dismissal of Plaintiff's claims against Toyota Motor Credit Corporation, and associated entities and representatives.

DATED this 11th day of May, 2018.

Respectfully submitted,

S/Robert Mitchell
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone: (509) 327-2224
Facsimile: (888) 840-6003
Email: bobmitchellaw@gmail.com

*Attorney for Plaintiff*

**Law Office Of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (877) 485-4893

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

## Representation Statement

Pursuant to the Ninth Circuit Court of Appeals, Appellate Rules 2-3, Plaintiff attaches this representation statement to Plaintiff's Notice of Appeal.

<u>Parties to the Action:</u>

| | |
|---|---|
| Plaintiff: | Caren Rose Dacumos |
| Plaintiffs' Attorney: | SaraEllen M. Hutchison WSBA #36137 |
| | 2367 Tacoma Avenue South |
| | Tacoma, WA 98402 |
| | Phone: (206) 529-5195 |
| | Email: saraellen@saraellenhutchison.com |
| | |
| Plaintiff: | Caren Rose Dacumos |
| Plaintiffs' Attorney: | Robert Mitchell, WSBA #37444 |
| | 1020 N. Washington |
| | Spokane, WA 99208 |
| | Phone: 509-327-2224 |
| | Email: bobmitchellaw@gmail.com |
| | |
| Defendant: | Toyota Motor Credit Corporation |
| Defendant's Attorney: | Zachary Frampton, pro hac vice |
| | REED SMITH LLP |
| | 355 South Grand Avenue |
| | Suite 2900 |
| | Los Angeles, CA 90071 |
| | Phone: 213-457-8131 |
| | Email: zframpton@reedsmith.com |
| | |
| Defendant: | Toyota Motor Credit Corporation |
| Defendant's Attorney: | Todd O. Maiden, pro hac vice |
| | REED SMITH LLP |
| | 101 Second Street |
| | Suite 1800 |
| | San Francisco, CA 94105-3659 |
| | Phone: 415-659-5918 |
| | Email: tmaiden@reedsmith.com |

PLAINTIFF'S NOTICE OF APPEAL     3

**Law Office Of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (877) 485-4893

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

| | | |
|---|---|---|
| Defendant: | | Toyota Motor Credit Corporation |
| Defendant's Attorney: | | Tuan V. Uong, pro hac vice |
| | | REED SMITH LLP |
| | | 355 South Grand Avenue |
| | | Suite 2900 |
| | | Los Angeles, CA 90071 |
| | | Phone: 213-457-8152 |
| | | Email: tuong@reedsmith.com |
| | | |
| Defendant: | | Toyota Motor Credit Corporation |
| Defendant's Attorney: | | Abraham Lorber, WSBA #40668 |
| | | Lane Powell PC |
| | | 1420 5th Ave. |
| | | Suite 4200 |
| | | Seattle, WA 98111 |
| | | Phone: (206) 223-7434 |
| | | Email: lorbera@lanepowell.com |
| | | |
| Defendant: | | Toyota Motor Credit Corporation |
| Defendant's Attorney: | | John S. Devlin, III, WSBA #23988 |
| | | Lane Powell PC |
| | | 1420 5th Ave. |
| | | Suite 4200 |
| | | Seattle, WA 98111 |
| | | Phone: (206) 223-6280 |
| | | Email: devlinj@lanepowell.com |

**Law Office Of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (877) 485-4893

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 11th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**DEFENDANT**, Toyota Motor Credit Corporation, through its attorneys: Zachary Frampton, zframpton@reedsmith.com; Todd O. Maiden, tmaiden@reedsmith.com; Tuan V. Uong, tuong@reedsmith.com; Abraham Lorber, lorbera@lanepowell.com; John S. Devlin, III, devlinj@lanepowell.com.

DATED this 11th day of May, 2018.

Respectfully submitted,

S/Robert Mitchell
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA  99201
Telephone:     (509) 327-2224
Facsimile:     (888) 840-6003
Email:         bobmitchelllaw@gmail.com

*Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF APPEAL     5

**Law Office Of SaraEllen Hutchison, PLLC**
2367 Tacoma Avenue South, Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (877) 485-4893

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington, Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003