# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAREN ROSE DACUMOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation; and PATENAUDE & FELIX, A.P.C., a California Professional Corporation,<br><br>　　　　Defendants. | No. 2:17-cv-00964-RSM<br><br>ORDER ON STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND PARTIES WITH PREJUDICE |

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss Certain Parties and Claims With Prejudice;

AND THE COURT having reviewed certain records and files of this case, specifically the Parties' pleadings, (Dkt 52, 62), the Court's recent Order on motions to dismiss, (Dkt 72), and the Stipulated Motion to Dismiss Certain Parties and Claims With Prejudice, and;

AND THE COURT being advised that Plaintiff Caren Rose Dacumos and Defendant Patenaude & Felix, A.P.C. each mutually agree to release all claims for damages that each Party to this Agreement has against the other, that each denies the claims of the other, that no payment has been made to resolve the matter, and that dismissal will be without an award of fees or costs to either party.

NOW, THEREFORE, IT IS ORDERED that Stipulated Motion to Dismiss Certain Parties and Claims With Prejudice is hereby GRANTED.

ORDER ON STIPULATED MOTION TO DISMISS
CLAIMS AND PARTIES WITH PREJUDICE - 1
2:17-cv-00964-RSM
Dacumos C17-964RSM.Order Stip. Dismissal.docx

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1. All of the claims alleged by plaintiff Caren Rose Dacumos against Defendant Patenaude & Felix, A.P.C. in her Amended Complaint, (Dkt 52), are hereby dismissed with prejudice;

2. All of the counterclaims alleged by counterclaim plaintiff Patenaude & Felix, A.P.C. against counterclaim defendant Caren Rose Dacumos in its Answer, Affirmative Defenses, and Counterclaims, (Dkt 62), are hereby dismissed with prejudice.

3. Patenaude & Felix, A.P.C. is hereby dismissed with prejudice for all purposes as a party from the above-captioned lawsuit.

4. The dismissal of these two parties' and claims is made without an award of fees or costs to either Plaintiff Caren Rose Dacumos and Defendant Patenaude & Felix, A.P.C., and Plaintiff Caren Rose Dacumos and Defendant Patenaude & Felix, A.P.C. shall each bear their own costs and fees.

5. This Order has no effect on any claims between plaintiff Caren Rose Dacumos and defendant Toyota Motor Credit Corporation, for purposes of any past Orders of this Court, present disputes, or subsequent appeal.

ENTERED this 15th day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO DISMISS
CLAIMS AND PARTIES WITH PREJUDICE - 2
2:17-cv-00964-RSM
Dacumos C17-964RSM.Order Stip. Dismissal.docx

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944