UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAREN ROSE DACUMOS,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, et al.,<br><br>Defendants. | Case No. C17-964 RSM<br><br>**ORDER ON STIPULATED JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND TO ENTER FINAL JUDGMENT** |

## ORDER

THIS MATTER having come before the Court upon the filing of Plaintiff Caren Rose Dacumos' ("Plaintiff") and Defendant Toyota Motor Credit Corporation's ("TMCC") Stipulated Joint Motion to Dismiss the Entire Action with Prejudice and to Enter Final Judgment ("Stipulation"); all parties having been given notice and an opportunity to respond; the Court having reviewed all pleadings filed by all parties related to the Stipulation; and the Court having reviewed the records and files herein, it is hereby **ORDERED**:

- Final judgment shall be entered in favor of TMCC without an award of attorneys' fees or costs to any party; and

ORDER ON STIPULATED JOINT MOTION TO
DISMISS ENTIRE CIVIL ACTION WITH
PREJUDICE AND TO ENTER FINAL JUDGMENT- 1
Case No. 2:17-cv-00964-RSM

**REED SMITH LLP**
355 South Grand Avenue, Suite 2800
Los Angeles, California 90071
213.457.8000 FAX: 213.457.8080

- Plaintiff agrees not to further appeal the final judgment of this Court or any other issue related to the action presently before this Court.

IT IS SO ORDERED this 26th day of September 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED JOINT MOTION TO
DISMISS ENTIRE CIVIL ACTION WITH
PREJUDICE AND TO ENTER FINAL JUDGMENT- 2
Case No. 2:17-cv-00964-RSM

**REED SMITH LLP**
355 South Grand Avenue, Suite 2800
Los Angeles, California 90071
213.457.8000  FAX: 213.457.8080

Presented by:

| Robert Mitchell, Attorney at Law, PLLC | Law Office of SaraEllen Hutchison, PLLC |
|---|---|
| By: */s/ Robert W. Mitchell* <br><br> Robert W. Mitchell, WSBA No. 37444 <br> Robert Mitchell, Attorney at Law PLLC <br> 1020 N. Washington <br> Spokane, WA 99201 <br> (509) 327-2224 <br> bobmitchelllaw@gmail.com | By: */s/ SaraEllen Hutchison* <br>   */s/ Abraham K. Lorber* <br> SaraEllen Hutchison, WSBA No. 36137 <br> Law Office of SaraEllen Hutchison, PLLC <br> 2367 Tacoma Avenue South <br> Tacoma, WA 98402 <br> (206) 529-5195 <br> saraellen@saraellenhutchison.com |

*Attorneys for Plaintiff Caren Rose Dacumos*

| REED SMITH LLP | LANE POWELL PC |
|---|---|
| By: */s/ Zachary C. Frampton* <br> Zachary C. Frampton, Admitted *Pro Hac Vice* <br> Tuan V. Uong, Admitted *Pro Hac Vice* <br> 355 South Grand Avenue, Suite 2900 <br> Los Angeles, CA 90071-1514 <br> Telephone: +1 213 457 8000 <br> Facsimile: +1 213 457 8080 <br> Email: tuong@reedsmith.com <br> Email: zframpton@reedsmith.com | By: */s/ Abraham K. Lorber* <br><br> */s/ Abraham K. Lorber* <br> Abraham K. Lorber, WSBA No. 40668 <br> John S. Devlin, III, WSBA No. 23988 <br> 1420 Fifth Avenue, Suite 4200 <br> Seattle, WA 98111-9402 <br> Telephone: 206.223.7000 <br> Facsimile: 206.223.7107 <br> Email: lorbera@lanepowell.com <br> Email: devlinj@lanepowell.com |

*Attorneys for Defendant Toyota Motor Credit Corporation*

ORDER ON STIPULATED JOINT MOTION TO
DISMISS ENTIRE CIVIL ACTION WITH
PREJUDICE AND TO ENTER FINAL JUDGMENT- 3
Case No. 2:17-cv-00964-RSM